COPELAND
COOK
TAYLOR &
BUSH



March 21, 2014
Invoice No.  995922

## INVOICE SUMMARY

**I.D.  10040-1-WHL**

**RE:  Sanderson Plumbing Products Chapter 11 bankruptcy matter**
    **Sanderson Plumbing Products Chapter 11**
    **bankruptcy matter**

For Services Rendered through February 28, 2014

|  |  |
|---|---|
| Current Fees | $ 19,586.00 |
|  | ~~$ 19,598.50~~ |
| Total Current Costs | $ 1,327.50 |
| **TOTAL THIS INVOICE** | ~~$ 20,926.00~~ |
|  | **$ 20,913.50** |

Page  1

**COPELAND, COOK, TAYLOR & BUSH, PA**

I.D. 10040-1-WHL

March 21, 2014
Invoice No. 995922

## PROFESSIONAL SERVICES

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 12/04/13 | Telephone conference with Bruce Nathan regarding ▓▓▓▓ (0.20); strategize regarding case (0.30). | WHL | .50 |
| 12/05/13 | Correspondence with Tania Ingman regarding ▓▓▓▓ (0.10); telephone conference with Tania Ingman regarding ▓▓ (0.20); confer with Christopher Meredith regarding ▓▓▓▓ and regarding ▓▓▓▓ (0.20). | WHL | .50 |
| 12/05/13 | Confer with Bill Leech regarding ▓▓▓▓ (0.2) | CHM | .20 |
| 12/06/13 | Attend Section 341 meeting of creditors in Aberdeen, MS (8.3). | CHM | 8.30 |
| 12/06/13 | Confer with C. Meredith, and review of all pleadings docketed to date in the Sanderson Plumbing Products Chapter 11 bankruptcy matter. | JNL | .30 |
| 12/07/13 | Correspondence with Tania Ingman and with Craig Geno regarding upcoming conference call (0.40); confer with Christopher Meredith regarding ▓▓ ▓▓▓▓ (0.20); strategize regarding ▓▓ ▓▓▓▓ (0.50); correspondence with Bruce Nathan regarding ▓▓▓▓ (0.10). | WHL | 1.20 |
| 12/07/13 | Confer with Bill Leech regarding ▓▓▓▓ ▓▓▓▓ (0.2); Prepare memorandum to Bill Leech regarding ▓▓ ▓▓▓▓ (1.0); Prepare detailed report and memorandum to Bruce Nathan and Tania Ingman regarding ▓▓▓▓ (1.0) | CHM | 2.20 |
| 12/08/13 | Work on retention papers (0.30); correspondence with Tania Ingman regarding ▓▓▓▓ (0.10). | WHL | .40 |
| 12/08/13 | Prepare Application to Employ CCTB as counsel to the Committee, and supporting Affidavit (1.4); Memorandum to Bill Leech regarding ▓▓ (0.1) | CHM | 1.50 |

Page 2

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL                                                                                      March 21, 2014
                                                                                                   Invoice No. 995922

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 12/09/13 | Correspondence with Tania Ingman regarding ▮▮▮ (0.10); correspondence with Bruce Nathan regarding ▮▮▮ (0.10); review and finalize pro hac applications for Tania Ingman and Bruce Nathan (0.30); strategize regarding ▮▮▮ (0.30); correspondence was Tania Ingman regarding same (0.10); correspondence with Tania Ingman regarding ▮▮▮ (0.10); correspondence with Bruce Nathan regarding ▮▮▮ (0.10); work on obtaining biographical and rate information concerning ▮▮▮ (0.30); correspondence with Bruce Nathan regarding ▮ (0.10);, correspondence with Tania Ingman regarding ▮▮▮ (0.10); conference call with Tania Ingman and Craig Geno regarding cash collateral issues (0.50). | WHL | 2.10 |
| 12/09/13 | Prepare Motions for Admission Pro Hac Vice regarding Bruce Nathan and Tania Ingman, including supporting affidavits, and certificates of familiarity, and proposed Orders (0.9); Confer with Bill Leech regarding ▮ (0.1); Preparing list of creditors for thorough conflicts check (0.2); Correspondence to Bruce Nathan and Tania Ingman regarding ▮▮▮ (0.1); Correspondence with Tania Ingman regarding ▮▮▮ (0.1); Attention to planned conference call tomorrow morning to discuss ▮▮▮ (0.2) | CHM | 1.60 |
| 12/10/13 | Correspondence with Tania Ingman regarding ▮▮▮ (0.10); correspondence with ▮▮▮ regarding ▮ (0.10); review documents and prepare for committee meeting (0.50); committee meeting (0.60); correspondence with ▮▮▮ regarding ▮▮▮ (0.10); correspondence with ▮▮▮ regarding call with committee tomorrow (0.10); work on logistics for possible hearing tomorrow on cash collateral (0.10); confer with Christopher Meredith regarding ▮▮▮ (0.10); review memorandum by Christopher Meredith summarizing ▮▮▮ (0.20); confirm with Christopher Meredith regarding ▮▮▮ (0.2); correspondence with Tania Ingman regarding ▮▮▮ (0.10); consider needed revisions to ▮▮▮ (0.40); correspondence with Tania Ingman regarding ▮▮▮ (0.10); attention to application to employ Smith & Kullman firm (0.10); correspondence with Tania Ingman regarding logistics of preparing and filing ▮▮▮ (0.10);, confirm with Christopher Meredith regarding ▮▮▮ (0.10); correspondence with Geno regarding cash collateral order (0.10); multiple correspondence with Tania Ingman and Craig Geno regarding cash collateral issues (0.5); work on application for employment (0.30). | WHL | 3.90 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

March 21, 2014
Invoice No. 995922

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 12/10/13 | Conference call with Bruce Nathan, Tania Ingman, Bill Leech, and other members of the Committee regarding ▓▓▓ (0.6); Confer with Bill Leech regarding ▓▓▓ (0.1); Attention to and review of voluminous report generated by conflicts check performed on full list of creditors (0.6); Memorandum to Bill Leech summarizing ▓▓▓ (0.2); Confer with Bill regarding ▓▓▓ (0.1); Confer with Bill Leech regarding ▓▓▓ (0.2); Attention to correspondence from Tania Ingman requesting ▓▓▓ (0.1); Multiple calls to bankruptcy court to request permission for Lowenstein to dial in to tomorrow's hearing (0.2); Confer with Bill Leech regarding ▓▓▓ (0.1); Confer with ▓▓▓ regarding ▓▓▓ (0.1); Memorandum to Bill Leech advising of ▓▓▓ (0.1) | CHM | 2.40 |
| 12/11/13 | Conference call with Committee and Ken Lefoldt. | WHL | .90 |
| 12/11/13 | Telephonic conference with Committee and ▓▓▓ (0.9); Preparation of supplemental conflicts check based upon results of initial screening (0.2) | CHM | 1.10 |
| 12/12/13 | Attention to retention issues and pleadings (1.7). Confer with C. Meredith regarding ▓▓▓ (0.3). | WHL | 2.00 |
| 12/12/13 | Confer with Bill Leech regarding ▓▓▓ (0.3); Correspondence to Tania Ingman regarding ▓▓▓ (0.1) | CHM | .40 |
| 12/13/13 | Confer with Angie Dellinger regarding ▓▓▓ | CHM | .20 |
| 12/15/13 | Correspondence with Bill Leech and Tania Ingman regarding ▓▓▓ | CHM | .10 |
| 12/16/13 | Conference call with Committee (0.3). Confer with C. Meredith regarding ▓▓▓ (0.1). | WHL | .40 |
| 12/16/13 | Conference call with Unsecured Creditors' Committee (0.3); Confer with Bill Leech regarding ▓▓▓ (0.1); Phone call with Kim LaFiura regarding ▓▓▓ (0.2) | CHM | .60 |
| 12/17/13 | Revising pro hac vice materials for Bruce Nathan and Tania Ingman based on additional information received from Kim LaFlura, and preparing set of pro hac vice materials for Ken Rosen | CHM | .50 |

Page 4

**COPELAND, COOK, TAYLOR & BUSH, PA**

I.D. 10040-1-WHL

March 21, 2014
Invoice No. 995922

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 12/18/13 | Multiple correspondence with C. Meredith, Bruce Nathan, and Tatiana Ingman regarding ▮▮▮▮▮ (0.3). | WHL | .30 |
| 12/18/13 | Attention to voicemail from Tania Ingman requesting ▮▮▮▮▮ (0.1); Phone call with Tania Ingman regarding ▮▮ (0.1); Phone call with case administrator regarding status of proposed Agreed Order regarding Cash Collateral, concerns raised by Judge Woodard, and need to have a conference call regarding same (0.2); Multiple correspondence with Bill Leech, Bruce Nathan, and Tania Ingman regarding ▮▮▮▮▮ (0.3); Correspondence with Tania Ingman regarding ▮▮▮▮▮ (0.2) | CHM | .90 |
| 12/19/13 | Multiple correspondence with Amanda Howell at the bankruptcy court, and Tania Ingman, Bill Leech, and Bruce Nathan, regarding need to reschedule telephonic conference on Cash Collateral Order (0.3); Attention to multiple proofs of claim filed by clerk's office, and correspondence with Tania Ingman regarding ▮▮▮▮▮ (0.2) | CHM | .50 |
| 12/20/13 | Confer with C. Meredith regarding ▮▮▮▮▮ (0.2). Telephone conference with C. Meredith, Tatiana Ingman, and Bruce Nathan regarding ▮▮▮▮▮ (0.2). | WHL | .40 |
| 12/20/13 | Phone call with Amanda Howell to follow up on request for telephonic conference with Judge Woodard regarding the proposed Cash Collateral Order (0.1); Memorandum to Bill Leech and Tania Ingman regarding ▮ (0.1); Followup phone call with Amanda Howell requesting that we discuss the matter with Craig Geno first (0.1); Confer with Tania Ingman regarding ▮▮▮▮▮ (0.1); Confer with Bill Leech regarding ▮▮▮▮▮ (0.2); Telephonic conference with Bill Leech, Tania Ingman, and Bruce Nathan regarding ▮▮▮▮▮ (0.2) | CHM | .80 |
| 12/20/13 | Attention to numerous proofs of claim filed, and confer with C. Meredith regarding ▮ (0.3). ▮▮▮▮▮ | JNL | .30 ~~.40~~ |
| 12/23/13 | Phone call from Judge Woodard's clerk requesting status update regarding Cash Collateral Order, and whether a hearing will be necessary | CHM | .10 |
| 12/27/13 | Attention to copies of pleadings and papers ▮▮▮▮▮ (0.2); Memorandum to Tania Ingman regarding ▮▮▮▮▮ (0.1) | CHM | .30 |
| 12/28/13 | Attention to Order entered by Bankruptcy Court directing Craig Geno to submit proposed Order on Cash Collateral Motion (0.1); Correspondence to Tania Ingman regarding ▮ (0.1) | CHM | .20 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL
March 21, 2014
Invoice No. 995922

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 12/30/13 | Review and finalize Lefoldt employment application (0.2). Conference call with co-counsel, C. Meredith, and Lefoldt regarding ▮▮▮ (0.7). | WHL | .90 |
| 12/30/13 | Prepare Application to Employ Ken Lefoldt and firm as financial advisors to the Committee (1.0); Prepare Affidavit of Ken Lefoldt in support of same (1.0); Conference call with Bill Leech, Ken Lefoldt, and Lowenstein Sandler attorneys regarding ▮▮▮ (0.7); Phone call with Tania Ingman regarding ▮▮▮ (0.1); | CHM | 2.80 |
| 12/31/13 | Correspondence with Tania Ingman regarding ▮▮▮ (0.2); Correspondence to Ken Lefoldt with ▮▮▮ (0.1) | CHM | .30 |
| 1/02/14 | Correspondence with Tania Ingman regarding ▮▮▮ (0.1); Phone call with Ken Lefoldt regarding ▮▮▮ (0.2) | CHM | .30 |
| 1/03/14 | Review file, and review, revise, and supplement W. Leech affidavit (1.1). Confer with C. Meredith regarding ▮ (0.2). | WHL | 1.30 |
| 1/03/14 | Revising Application to Employ Ken Lefoldt and supporting Affidavit to incorporate changes requested by Ken Lefoldt (0.4); Correspondence with Ken Lefoldt regarding ▮▮▮ (0.1); Forwarding same to Tania Ingman (0.1); Confer with Bill Leech regarding ▮▮▮ (0.2) | CHM | .80 |
| 1/03/14 | Attention to Monthly Operating Reports for October and November 2013. | JNL | .10 |
| 1/05/14 | Revising Affidavit of Bill Leech in support of Application to Employ CCTB, and memorandum to Tania Ingman regarding ▮ | CHM | .40 |
| 1/06/14 | Conference call with Ken Lefoldt and co-counsel (0.3). Conference call with Committee (1.0). | WHL | 1.30 |
| 1/06/14 | Preliminary conference call with Ken Lefoldt and Lowenstein attorneys, in preparation for conference call with the Committee (0.3); Conference call with Committee (1.0); Phone call with Tania Ingman regarding ▮▮▮ (0.1) | CHM | 1.40 |
| 1/07/14 | Confer with C. Meredith regarding ▮▮▮ (0.1). | WHL | .10 |
| 1/07/14 | Attention to executed signature pages of the Applications to Employ, and confer with Bill Leech regarding ▮▮▮ (0.1); Preparing two of the three Applications to Employ for filing (0.2) | CHM | .30 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

March 21, 2014
Invoice No. 995922

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 1/07/14 | Attention to email correspondence with C. Meredith, and notarize Affidavit of William H. Leech, in support of Application of Official Unsecured Creditors Committee to Employ Copeland Cook Taylor & Bush nunc pro tunc to December 5, 2013. | JNL | .20 |
| 1/07/14 | Attention to Order Granting Application to Employ Craig Geno. | JNL | .10 |
| 1/08/14 | Preparing and filing Applications to Employ CCTB and Ken Lefoldt (0.4); Preparing and filing pro hac vice motions for Lowenstein attorneys (1.0) | CHM | 1.40 |
| 1/08/14 | Confer with C. Meredith, and preparation of Exhibit B to Application to Employ Copeland, Cook, Taylor & Bush, P.A., and filing of same with US Bankruptcy Court (Northern District of Mississippi) (0.3). Multiple email correspondence from C. Meredith, and filing of Application to Employ Lefoldt & Company, and Motions to Appear pro hac vice for Tatiana Ingman, Bruce Nathan, and Kenneth Rosen with US Bankruptcy Court (Northern District of Mississippi) (0.4). Preparation of mail out, in connection with multiple applications to employ, to all named parties in the mailing matrix (0.5). Attention to Amended Summary of Schedules, and Amended Statement of Financial Affairs (0.1). | JNL | 1.30 |
| 1/09/14 | Attention to correspondence with Tatiana Ingman regarding ▉▉▉▉ (0.1). | WHL | .10 |
| 1/09/14 | Attention to Order regarding Cash Collateral (0.1); Correspondence to Tania Ingman regarding ▉ (0.1) | CHM | .20 |
| 1/09/14 | Attention to Notices of Hearing on Application to Employ Copeland, Cook, Taylor & Bush, and Lefoldt & Company, scheduled for February 11, 2014, and calendaring of same and related deadlines (0.2). | JNL | .20 |
| 1/10/14 | Attention to Notices of Hearing on Applications to Employ, and need to mail same to creditors | CHM | .50 |
| 1/10/14 | Confer with C. Meredith, and preparation of mail out to all parties on the creditor matrix, in connection with notices of hearing on multiple applications to employ (0.3). Attention to proofs of claim 27-32 (0.2). Attention to Order Authorizing Application to Employ The Kullman Firm (0.1). | JNL | .60 |
| 1/13/14 | Conference call with Committee regarding ▉▉▉▉▉ (0.3). | WHL | .30 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

March 21, 2014
Invoice No. 995922

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 1/13/14 | Prepare Certificate of Service of Applications to Employ CCTB and Ken Lefoldt, and attention to filing of same (0.3); Confer with Bill Leech regarding ▉▉▉▉▉▉▉▉ (0.1); Preliminary conference call with Lowenstein attorneys and Ken Lefoldt to discuss ▉▉▉▉▉▉▉▉ (0.4); Conference call with the Committee (0.3); Attention to Orders entered by the Bankruptcy Court admitting Bruce Nathan, Ken Rosen, and Tania Ingman pro hac vice (0.1); Correspondence to Tania Ingman regarding ▉ (0.1) | CHM | 1.30 |
| 1/13/14 | Attention to email correspondence from C. Meredith, and filing of Certificate of Service, in connection with Applications to Employ, and Notices of Hearing to all parties (0.2). | JNL | .20 |
| 1/14/14 | Attention to multiple correspondence with Tania Ingman, Craig Geno, and Cam Hillyer regarding revised Cash Collateral Order | CHM | .20 |
| 1/14/14 | Attention to proofs of claim filed by Label Express, Durez Corporation, and All Star Printing (0.1). | JNL | .10 |
| 1/15/14 | Phone call with Kim LaFiura regarding ▉▉▉▉▉▉▉▉ (0.2); Confer with Bill Leech regarding ▉▉▉▉▉▉▉▉ (0.1); Attention to Application and Declaration received from Tania Ingman (0.1); Preparation of same for electronic filing (0.4) | CHM | .80 |
| 1/15/14 | Attention to email correspondence from C. Meredith, and filing of Application to Employ Lowenstein Sandler, on behalf of Unsecured Creditors Committee (0.1). | JNL | .10 |
| 1/16/14 | Conference call with Walmart's attorney, Tania Ingman, and Bruce Nathan (0.4). | WHL | .40 |
| 1/16/14 | Attention to Notices of Hearing on Applications to Employ, and need to serve same | CHM | .10 |
| 1/16/14 | Email correspondence with C. Meredith, and preparation of mail out to all parties on the mailing matrix, in connection with Application to Employ Lowenstein Sandler, and notice of hearing regarding same (0.3). | JNL | .30 |
| 1/17/14 | Correspondence to Tania Ingman regarding ▉▉▉▉▉▉▉▉ | CHM | .10 |
| 1/20/14 | Prepare Certificate of Service of Applications to Employ Lowenstein, and attention to filing of same | CHM | .30 |
| 1/20/14 | Attention to email correspondence from C. Meredith, and filing of Certificate of Service regarding Application to Employ Lowenstein and Sandler, and notice of hearing regarding same (0.1). | JNL | .10 |

Page 8

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

March 21, 2014
Invoice No. 995922

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 1/21/14 | Correspondence with Tania Ingman regarding ▮▮▮ | WHL | .10 |
| 1/21/14 | Phone call from Kim LaFiura regarding ▮▮▮ (0.1); Working with Kim LaFiura and Tania Ingman to ▮▮▮ (0.3); Phone call to Tammy Wilkerson at the bankruptcy court regarding ECF issues (0.1); Attention to correspondence from Tania Ingman regarding ▮▮▮ (0.1); Phone call with Sandra Peoples regarding February 5 hearing date in the Cash Collateral objection extension Order, as well as ongoing ECF issues (0.2); Follow-up phone call from Judge Woodard's clerk, Jamie Wylie, regarding hearing scheduling issues, and confirming that if a cash collateral objection is filed by January 31, the hearing will be held on February 5 (0.2); Correspondence to Tania Ingman regarding ▮ (0.1) | CHM | 1.10 |
| 1/23/14 | Phone call with Cheryl Howell regarding ECF login issues (0.1); Memorandum to Tania Ingman regarding ▮ (0.1); Phone call from Tammy at bankruptcy court regarding ECF issues (0.1) | CHM | .30 |
| 1/24/14 | Extended phone call with Kim LaFiura regarding ECF issues (0.3); Follow-up phone call to Cheryl Howell regarding same (0.1) | CHM | .40 |
| 1/27/14 | Conference call with Committee (0.9). | WHL | .90 |
| 1/27/14 | Conference call with Committee | CHM | .90 |
| 2/02/14 | Correspondence with Tania Ingman regarding ▮▮▮ (0.1); correspondence with Christopher Meredith regarding ▮ (0.1). | WHL | .20 |
| 2/03/14 | Correspondence with Bruce Nathan regarding ▮▮▮ (0.1); correspondence with Tania Ingman regarding ▮▮▮ (0.2); correspondence with Tania Ingman regarding ▮▮▮ (0.2); conference call with Lowenstein attorneys and Ken Lefoldt (0.60). | WHL | 1.10 |
| 2/03/14 | Phone call to Jamie Wylie, Judge Woodard's law clerk, regarding possible Wednesday hearing on Cash Collateral Objection (0.2); Multiple correspondence with Tania Ingman regarding ▮▮▮ (0.3); Confer with Bill Leech regarding ▮▮▮ (0.2); Conference call with Lowenstein attorneys and Ken Lefoldt (0.6); Confer with Bill Leech regarding ▮▮▮ (0.1) | CHM | 1.40 |
| 2/03/14 | Attention to multiple pleadings filed, including Notice of Appearance and Disclosure of Compensation for Taylor Smith (0.1). | JNL | .10 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

March 21, 2014
Invoice No. 995922

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 2/04/14 | Conference call with Committee and retained professionals (0.9); conference call with Committee, retained professionals and Debtor to discuss ▓▓▓ (0.7); work on orders of employment (0.3). | WHL | 1.90 |
| 2/04/14 | Conference call with Committee and retained professionals (0.9); Conference call with Committee, retained professionals, and Debtor (0.7); Follow-up conference call with Committee to discuss ▓▓▓ (0.4); Preparing proposed Orders Granting Applications to Employ CCTB and Ken Lefoldt (0.7) | CHM | 2.70 |
| 2/04/14 | Attention to email correspondence with C. Meredith regarding ▓▓▓ (0.1). | JNL | .10 |
| 2/05/14 | Confer with Christopher Meredith regarding ▓▓▓ (0.2); correspondence with Tania Ingman regarding ▓▓▓ (0.1); telephone conference with Tania Ingman regarding ▓▓▓ (0.1). | WHL | .40 |
| 2/05/14 | Confer with Bill Leech regarding ▓▓▓ | CHM | .20 |
| 2/05/14 | Attention to multiple proofs of claim filed (0.2). | JNL | .20 |
| 2/07/14 | Correspondence with Tania Ingman regarding ▓▓▓ (0.1); conference call with committee (0.9). | WHL | 1.00 |
| 2/07/14 | Conference call with Committee | CHM | .90 |
| 2/10/14 | Correspondence with Tania Ingman regarding ▓▓▓ (0.1); Cursory research regarding same (0.3) | CHM | .40 |
| 2/11/14 | Conference call regarding ▓▓▓ (0.4), conference call regarding ▓▓▓ (0.4). | WHL | .80 |
| 2/12/14 | Attention to Debtor's Motion to Extend Time to Assume or Reject Non-Residential Real Property Lease (0.1). | JNL | .10 |
| 2/13/14 | Correspondence to Tania Ingman regarding ▓▓▓ (0.1); Preparing Proposed Order Granting Application to Employ Lowenstein Sandler (0.2); Correspondence with Tania Ingman and Tammy Edwards regarding ▓▓▓ (0.1) | CHM | .40 |
| 2/13/14 | Email correspondence with C. Meredith, and filing of proposed Order on Application to Employ Lowenstein (0.1). | JNL | .10 |
| 2/14/14 | Multiple correspondence with Tania Ingman, Christopher Meredith, and Bruce Nathan regarding ▓▓▓ (0.2). | WHL | .20 |

Page 10

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

March 21, 2014
Invoice No. 995922

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 2/14/14 | Multiple correspondence with Tania Ingman, Bill Leech, and Bruce Nathan regarding ▮▮▮ (0.4); Multiple phone call with the clerk's office regarding same (0.3) | CHM | .70 |
| 2/17/14 | Attention to Tronox, LLC and Landstar Inway proofs of claim (0.1). | JNL | .10 |
| 2/18/14 | Correspondence with Bill Leech and Tania Ingman regarding ▮▮▮ (0.1) | CHM | .10 |
| 2/19/14 | Phone call with Cheryl Howell following up on status of pro hac vice ECF logins (0.1); Correspondence to Kim LaFiura regarding ▮ (0.1) | CHM | .20 |
| 2/20/14 | Committee update conference call (0.2). | WHL | .20 |
| 2/20/14 | Attention to Airgas USA and System Scale Corp. proofs of claim (0.1). | JNL | .10 |
| 2/20/14 | Attention to email correspondence from C. Meredith, and submission of proposed order on Application to Employ Lowenstein Sandler (0.1). | JNL | .10 |
| 2/21/14 | Prepare for hearing (0.5), correspondence with Tania Ingram regarding ▮▮▮ (0.3), travel to Aberdeen for hearing (2.8), confer with Geno (0.3), attend cash collateral hearing (0.5), return trip to Jackson (2.8). | WHL | 7.20 |
| 2/24/14 | Attention to multiple pleadings filed, including proofs of claim, applications to employ, and notices of appearance (0.2). | JNL | .20 |
| 2/25/14 | Attention to Consent Order regarding Emergency Motion to Use Cash Collateral, Motion to Extend Exclusivity Period to file Disclosure Statement and Plan of Reorganization, and proof of claim filed by Industrial Development Board of Butler, AL (0.2). Attention to Application for Administrative Expenses filed by Weyerhaeuser Co. (0.1). Attention to Notice of Hearing on Application to Employ Heritage Global, and calendaring of upcoming hearing and other related deadlines (0.2). | JNL | .40 |
| 2/27/14 | Attention to email correspondence from W. Leech regarding ▮▮▮ (0.1). | JNL | .10 |
| 2/28/14 | Attention to multiple proofs of claim 60-64 (0.1). | JNL | .10 |

**PROFESSIONAL FEE SUMMARY**

| | Atty | Rate | Hours | Amount |
|---|---|---|---|---|
| Leech, William H. | WHL | 340.00 | 31.00 | 10,540.00 |
| Meredith, Christopher H. | CHM | 195.00 | 42.80 | 8,346.00 |
| Luckett, Jason N. | JNL | 125.00 | ~~5.70~~ **5.60** | ~~712.50~~ **700.00** |

Page 11

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

March 21, 2014
Invoice No. 995922

| | TOTAL CURRENT FEES | ~~$ 19,598.50~~ |
|---|---|---|
| **COSTS** | | **$ 19,586.00** |

| Date | Description | Amount |
|---|---|---|
| 12/13/13 | Photocopy Expense, 8 copies @ .20 | 1.60 |
| 12/13/13 | Photocopy Expense, 1504 copies @ .20 | 300.80 |
| 12/13/13 | Photocopy Expense, 24 copies @ .20 | 4.80 |
| 12/13/13 | Photocopy Expense, 8 copies @ .20 | 1.60 |
| 12/13/13 | Photocopy Expense, 2292 copies @ .20 | 458.40 |
| 12/16/13 | Pacer | .20 |
| 12/18/13 | Copies of Pleadings, Miscellaneous Lowndes County Circuit Clerk | 13.00 |
| 12/20/13 | Pacer | 16.80 |
| 12/20/13 | Pacer | .20 |
| 1/02/14 | 1/02/14 Pacer, Miscellaneous | .10 |
| 1/03/14 | 1/03/14 Pacer, Miscellaneous | 10.30 |
| 1/07/14 | Pacer, Miscellaneous | .20 |
| 1/08/14 | Certified Postage Expense | 212.80 |
| 1/08/14 | Pacer, Miscellaneous | .50 |
| 1/10/14 | Certified Postage Expense | 212.80 |
| 1/16/14 | Certified Postage Expense | 87.40 |
| 1/16/14 | Photocopy Expense, 30 copies @ .20 | 6.00 |

| | TOTAL CURRENT COSTS | $ 1,327.50 |
|---|---|---|
| | **TOTAL THIS INVOICE** | ~~$ 20,926.00~~ |
| | | **$ 20,913.50** |

# COPELAND COOK TAYLOR & BUSH

April 10, 2014
Invoice No. 998068

## INVOICE SUMMARY

**I.D. 10040-1-WHL**

**RE:  Sanderson Plumbing Products Chapter 11 bankruptcy matter**

For Services Rendered through March 31, 2014

|  |  |
|---|---|
| Current Fees | $ 5,712.50 |
| Total Current Costs | $ 196.76 |
| **TOTAL THIS INVOICE** | **$ 5,909.26** |
| Previous Balance | $ 20,926.00 |
| **TOTAL BALANCE DUE** | **$ 26,835.26** |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

April 10, 2014
Invoice No. 998068

## PROFESSIONAL SERVICES

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 3/03/14 | Attention to and initial review of Debtor's Motion to Extend Exclusivity Period (0.2) | CHM | .20 |
| 3/03/14 | Attention to email correspondence to T. Ingman regarding ▮▮▮ (0.1); Attention to proofs of claim filed by Wal-Mart Stores, Inc., and Menards, Inc. (0.1); Attention to Notice of Hearing on Motion to Extend Exclusivity Period, and calendaring of hearing and objection deadlines (0.2). | JNL | .40 |
| 3/04/14 | Attention to motion to extend exclusivity (0.4); attention to motion concerning leases (0.4); correspondence with Tania Ingman regarding ▮▮▮ (0.1). | WHL | .90 |
| 3/05/14 | Committee conference call regarding ▮▮▮ | CHM | .50 |
| 3/06/14 | Attention to needed revisions to Lowenstein retention order (0.2). | WHL | .20 |
| 3/06/14 | Phone call with Sandra Peoples and other Court staff regarding the status of the proposed Order on the Application to Employ Lowenstein Sandler (0.2); Phone call with Tammy Wilkerson requesting resending of ECF login credentials for Tania Ingman (0.1); Revising proposed Order to incorporate language requested by Judge Woodard (0.1); Correspondence to Tania Ingman regarding ▮▮▮ (0.1) | CHM | .50 |
| 3/06/14 | Attention to email correspondence from C. Meredith, and upload proposed Order on Application to Employ Lowenstein Sandler (0.1). | JNL | .10 |
| 3/10/14 | Multiple correspondence with Tania Ingman and Christopher Meredith regarding ▮▮▮ (0.2); review Christopher Meredith memo on ▮▮▮ (0.1); conference call with Tania Ingman, Christopher Meredith and Craig Geno regarding ▮▮▮ (0.6); work on arrangements for hearing participation (0.1) | WHL | 1.00 |
| 3/10/14 | Multiple correspondence with Tania Ingman and Bill Leech regarding ▮▮▮ (0.2); Phone call with Amanda Howell at the Bankruptcy Court to arrange for telephonic participation of Tania Ingman (0.1); Review of court docket and relevant Rules to determine when a First Interim Application for Compensation may be filed (0.2); Memorandum to Bill Leech regarding ▮▮▮ (0.1); Conference call with Tania Ingman, Bill Leech, and Craig Geno regarding ▮▮▮ (0.6); Research of ▮▮▮ (0.7) | CHM | 1.90 |

Page 2

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

April 10, 2014
Invoice No. 998068

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 3/10/14 | Attention to Order to Submit Proposed Order on Motion to Appear Pro Hac Vice by Gilbert Fontenot (0.1). | JNL | .10 |
| 3/11/14 | Attend hearing in Aberdeen on the Debtor's Motion to Extend Time to Assume or Reject Unexpired Leases of Real Property (6.8) | CHM | 6.80 |
| 3/12/14 | Conference with Bill Leech and Danny Ruhl to discuss ▮▮▮ (0.1); Prepare status memorandum regarding ▮▮▮ (0.1); Attention to correspondence from Tania Ingman ▮▮▮ (0.1); Confer with Jason Luckett regarding ▮▮▮ (0.1); Attention to Order Approving Employment of Lowenstein Sandler, and correspondence to Tania Ingman regarding ▮▮▮ (0.1) | CHM | .50 |
| 3/13/14 | Confer with Christopher Meredith regarding ▮▮▮ (0.1). | WHL | .10 |
| 3/13/14 | Multiple calls with Tania Ingman regarding ▮▮▮ (0.3); Confer with Bill Leech regarding ▮▮▮ (0.1); Receive and review ▮▮▮ (0.3); Correspondence to Tania Ingman regarding ▮▮▮ (0.1); Research of Mississippi case law and other relevant authority to determine ▮▮▮ (0.9); Drafting memorandum ▮▮▮ (0.7) | CHM | 2.40 |
| 3/13/14 | Attention to email correspondence with C. Meredith, and telephone call with ▮▮▮ (0.3) Review of documents received, and confer with C. Meredith regarding ▮▮▮ (0.3). Confer with C. Meredith, and telephone call to ▮▮▮ (0.2). | JNL | .80 |
| 3/14/14 | Call with Committee (0.4). | WHL | .40 |
| 3/14/14 | Attention to and review of ▮▮▮ from Tania Ingman (0.3); Preparing responsive correspondence regarding ▮▮▮ (0.5); Conference call with Committee (0.4) | CHM | 1.20 |
| 3/24/14 | Work on fee application (0.3). | WHL | .30 |
| 3/24/14 | Attention to needed revisions to information for client (0.1). | JNL | .10 |
| 3/27/14 | Confer with Christopher Meredith regarding ▮▮▮ (0.3). Work on application for compensation and review and propose redactions to related invoices (1.3). | DER | 1.60 |

Page 3

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

April 10, 2014
Invoice No. 998068

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 3/27/14 | Prepare First Interim Application for Compensation and Reimbursement of Expenses | CHM | 2.20 |
| 3/28/14 | Finalize work on fee application and invoice redaction recommendations and confer with Christopher Meredith regarding ▓ (0.3). Review revised fee application and redactions thereto (0.1). | DER | .40 |
| 3/28/14 | Conference call with Committee (0.6); Confer with Danny Ruhl regarding ▓▓▓ (0.3); Revise same to incorporate suggestions from Danny Ruhl, and attention to billing statements to ensure all necessary redactions are applied (2.0); Attention to various versions of Amended Cash Collateral Order received from Cam Hillyer and Tania Ingman, and finalizing and preparing same for filing (0.2) | CHM | 3.10 |
| 3/28/14 | Attention to email correspondence from C. Meredith, and submission of proposed agreed order on cash collateral motion (0.1). | JNL | .10 |
| 3/31/14 | Work on finalizing fee application (0.2); correspondence with and telephone conference with Bruce Nathan regarding ▓(0.5). | WHL | .70 |
| 3/31/14 | Attention to Second Amended Emergency Motion to Use Cash Collateral, and Motion to Expedite Hearing regarding same (0.1); Attention to Notice of Hearing on Debtor's Second Amended Emergency Motion to Use Cash Collateral, and calendaring of hearing and related deadlines (0.1). | JNL | .20 |

**PROFESSIONAL FEE SUMMARY**

| | Atty | Rate | Hours | Amount |
|---|---|---|---|---|
| Leech, William H. | WHL | 340.00 | 3.60 | 1,224.00 |
| Ruhl, Danny E. | DER | 250.00 | 2.00 | 500.00 |
| Meredith, Christopher H. | CHM | 195.00 | 19.30 | 3,763.50 |
| Luckett, Jason N. | JNL | 125.00 | 1.80 | 225.00 |

**TOTAL CURRENT FEES** $ 5,712.50

**COSTS**

| Date | Description | Amount |
|---|---|---|
| 3/11/14 | 03/11/14 Aberdeen, MS; mileage expense, Travel Expense, Christopher Meredith | 188.16 |
| 3/11/14 | 03/11/14 Aberdeen, MS; meal expense, Travel Expense, Christopher Meredith | 8.60 |

**TOTAL CURRENT COSTS** $ 196.76

Page 4

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL                                                                                    April 10, 2014
                                                                                              Invoice No. 998068
**TOTAL THIS INVOICE**                                                                              **$ 5,909.26**

Page 5