**LEFOLDT** *& Co., P.A.*
CERTIFIED PUBLIC ACCOUNTANTS

February 28, 2014

EXHIBIT B

Unsecured Creditors Committee
Chapter 11 Proceeding of Sanderson
Plumbing Products, Inc.
Case No. 13-14506-JDW

FOR PROFESSIONAL SERVICES RENDERED:

Services of H. Kenneth Lefoldt, Jr., CPA, CIRA, CFE
As Financial Advisor to the Unsecured Creditors Committee

| Date | | Time |
|---|---|---|
| 12-11-13 | Conf. Call w/ Unsecured Creditors Committee (.50); Tele. Conf. w/ B. Leech (.20); Review Docket on Pacer (.90) | 1.60 |
| 12-16-13 | Conf. Call w/ Unsecured Creditors Committee (.50); Review Documents Received from Debtor (2.00) | 2.50 |
| 12-17-13 | Review Debtors Documents | 3.70 |
| 12-18-13 | Review Debtors Documents; Prepare for Trip to Columbus | 4.20 |
| 12-19-13 | Travel to Columbus – ½ Time (1.70); On Site at Plant (8.80) | 10.50 |
| 12-20-13 | On Site at Plant (7.00); Conf. Call w. T. Ingman & B. Nathan (.40); Travel to Jackson - ½ Time (1.70) | 9.10 |
| 12-21-13 | Various Emails w/ N. Nathan & T. Ingman | .50 |
| 12-24-13 | Review Documents from Debtor (2.40); Email w/ T. Whitaker (.20) | 2.60 |
| 12-27-13 | Review November Financial Information (2.40); Various Emails w/ T. Whitaker (.30) | 2.70 |
| 12-30-13 | Review 13 Week Cash Flow (2.00); Tele. Conf. w/ T. Whitaker (.30); Conf. Call w/ Committee (.60) | 2.90 |
| 12-31-13 | Review Changes to 13 Week Cash Flow (.60); Tele. Conf. w/ T. Whitaker (.30) | .90 |
| 01-02-14 | Review November Results and 14 Week Cash Flow (2.40); Tele. Conf. w/ T. Whitaker (.50); Tele. Conf. w/ C. Meredith (.20); Conf. Call w/ T. Ingman & B. Nathan (.50) | 3.60 |
| 01-03-14 | Tele. Conf. w/ T. Whitaker (.40); Review Documents on Alabama Facility (.80); Email w/ B. Nathan & T. Ingman (.20); Emails w/ T. Whitaker (.40) | 1.80 |
| 01-06-14 | Prepare for Committee Conf. Call (1.10); Conf. Call w/ Committee (.70) | 1.80 |
| 01-07-14 | Review October 2013 and November 2013 Monthly Operating Reports (.70); Email w/ T. Ingman (.20) | .90 |
| 01-08-14 | Various Emails | .40 |
| 01-09-14 | Review Amended Bankruptcy Schedules and Statement of Financial Affairs (1.20); Emails w/ T. Ingman (.30); Tele. Conf. w/ T. Whitaker (2) (.60) | 2.10 |
| 01-11-14 | Review 13 Week Cash Flow (.50); Email w/ T. Whitaker (.20) | .70 |
| 01-13-14 | Conf. Call w/ T. Ingman, B. Nathan & C. Meredith (.60); Committee Conf. Call (.40) | 1.00 |

690 Towne Center Boulevard ■ Post Office Box 2848 ■ Ridgeland, MS 39158-2848 ■ (601) 956-2374

| **Date** | | **Time** |
|---|---|---|
| 01-14-14 | Various Emails | .70 |
| 01-15-14 | Review 13 Week Cash Flow (.60); Emails w. T. Whitaker (.30); Prepare for Site Visit (.80) | 1.70 |
| 01-16-14 | Travel to Columbus – ½ Time (1.70); On Site (8.00) | 9.70 |
| 01-17-14 | On Site (7.50); Travel to Jackson – ½ Time (1.70) | 9.20 |
| 01-18-14 | Review December Financial Information (.80); Email w/ T. Ingman (.20) | 1.00 |
| 01-23-14 | Review December 2013 Monthly operating Report (.60); Review Second Amended Statement of Financial Affairs (.40); Emails w/ T. Ingman (.20) | 1.20 |
| 01-25-14 | Review 13 Week Cash Flow (.40); Email w/ T. Whitaker (.20) | .60 |
| 01-27-14 | Conf. Call w/ B Nathan & T. Ingman (.50); Committee Conf. Call (.80) | 1.30 |
| 01-28-14 | Conf. Call w/ B. Nathan & T. Ingman (.40); Tele. Conf. w/ T. Whitaker (3) (.70) | 1.10 |
| 01-29-14 | Conf. Call w/ T. Ingman, B. Nathan & M. Wickland (.50); Conf. Call w/ T. Ingman, B. Nathan (.40); Tele. Conf. w/ T. Whitaker (.30) | 1.20 |
| 01-30-14 | Review Cash Burn October – December 2013 (1.40); Conf. Call w/ T. Ingman & B. Nathan (.40); Conf. Call w/ T. Ingman, B. Nathan, C. Geno & T. Whitaker (.90) | 2.70 |
| 01-31-14 | Tele. Conf. w/ T. Whitaker (2) (.60); Review 13 Week Cash Flow budget (.50); Various Emails (.30) | 1.40 |
| 02-01-14 | Review Cash Burn Through 1/21/14 (1.30); Prepare Analysis for Committee (1.40) | 2.70 |
| 02-02-14 | Conf. Call w/ B. Nathan & T. Ingman | .50 |
| 02-03-14 | Email w/ T. Whitaker (.20); Email w/ T. Ingman (.20); Memo to Committee (1.30); Tele. Conf. w/ T. Ingman (.30); Conf. Call w/ Committee (.70) | 2.70 |
| 02-04-14 | Preparation for and Conf. Call w/ Committee (1.20); Conf. Call w/ Debtor (.70) | 1.90 |
| 02-05-14 | Review 13 Week Cash Flow Budget (.60); Various Emails (.30) | .90 |
| 02-10-14 | Review 13 Week Cash Flow Budget (.40); Tele. Conf. w/ T. Whitaker (.20); Conf. Call w/ K. Mann, T. Ingman & B. Nathan (.80); Review Information on SSG Capital Advisors (.30); Various Emails (.50); Conf. Call w/ B. Nathan & T. Ingman (.50) | 2.70 |
| 02-11-14 | Tele. Conf. w/ T. Whitaker (.40); Conf. Call w/ T. Ingman, C. Geno, B. Leech & T. Whitaker (.40); Conf. Call w/ T. Ingman, T. Whitaker, C. Geno & S. Victor-SSG (.60); Conf. Call w/ Committee (.50); Tele. Conf. w/ T. Ingman (.20) | 2.10 |
| 02-12-14 | Various Emails Re: Cash Collateral Order (.40); Conf. Call w/ T. Ingman & C. Geno (.40) | .80 |
| 02-13-14 | Various Emails Re: Cash Collateral Order and Equity Partners Retention | .40 |
| 02-14-14 | Review Cash Flow Budget (.20); Conf. Call w/ T. Ingman, K. Mann & F. Cross (1.00); Tele. Conf. w/ T. Whitaker Re: Wind Down Budget (.60); Tele. Conf. w/ T. Ingman (.30) | 2.10 |
| 02-15-14 | Prepare for Site Visit and Wind Down of Business | 1.40 |
| 02-17-14 | Travel to Columbus – ½ Time (1.70); On Site; Conf. w/ T. Whitaker, K. Mann, F. Cross, C. Brumfield (9.80) | 11.50 |
| 02-18-14 | On Site in Columbus (9.00); travel to Jackson – ½ Time (1.70) | 10.70 |

| Date | | Time |
|---|---|---:|
| 02-19-14 | Review Draft of Cash Collateral Order (.20); Tele. Conf. w/ T. Ingman (.30) | .50 |
| 02-20-14 | Conf. Call W/ T. Ingman, C. Geno, T. Whitaker (.40); Conf. Call w/ Committee (.60); Tele. Conf. w/ T. Whitaker & T. Lott (.30); Conf. Call w/ T. Ingman, C. Geno & T. Whitaker (.90) | 2.20 |
| 02-21-14 | Review January 2014 Monthly Operating Report (.50); Email w/ T. Ingman (.10) | .60 |
| 02-25-14 | Conf. Call w/ T. Ingman, N. Nathan & K. Mann (.90); Conf. Call w/ T. Ingman & B. Nathan (.70) | 1.60 |
| 02-26-14 | Tele. Conf. w/ T. Whitaker (.40); Various Emails (.30); Tele. Conf. w/ B. Nathan (.30) | 1.00 |
| 02-27-14 | Conf. Call w/ T. Ingman, B. Nathan & K. Mann (.80); Tele. Conf. w/ B. Nathan (.30); Tele. Conf. w/ T. Whitaker (.40); Review Insurance Policies (.40) | 1.90 |
| 02-28-14 | Various Emails (.30); Review Cash Budget and Wal-Mart Status Memo (.40) | .70 |
| | | 134.20 |

Professional Services:  134.20 Hours @ $250                                     $33,550.00

Expenses:  Travel to Columbus & Return on 12/19-20/13, 1/16-17/14 & 2/17-18/14
           Mileage:  350 Miles x $.565 x 3        $593.25
           Hotel:  140.61 x 3                 421.83
           Meals                           198.08        1,213.16

**Total Invoice**                                                               $34,763.16

# LEFOLDT & Co., P.A.
CERTIFIED PUBLIC ACCOUNTANTS

March 31, 2014

Unsecured Creditors Committee
Chapter 11 Proceeding of Sanderson
Plumbing Products, Inc.
Case No. 13-14506-JDW

FOR PROFESSIONAL SERVICES RENDERED:

Services of H. Kenneth Lefoldt, Jr., CPA, CIRA, CFE
As Financial Advisor to the Unsecured Creditors Committee

| Date | | Time |
|---|---|---|
| 03-03-14 | Various Emails Re; Cash Collateral, Insurance and Unsecured Creditors Committee Meeting | .50 |
| 03-04-14 | Various Emails Re: Possibility of Additional Business (.30); Tele. Conf. w/ T. Whitaker (2) Re: 503(b)(9) Claim (.70) | 1.00 |
| 03-05-14 | Review Documents Re; 503(b)(9) Claims (.80); Emails w. B/ Nathan & T. Ingram (.20); Conf. Call w/ B. Nathan & T. Ingram (.50); Conf. Call w. Unsecured Creditors Committee (.70); Tele. Conf. w/ T. Whitaker Re: Wind Down (.40) | 2.60 |
| 03-06-14 | Tele. Conf. w/ T. Whitaker (.40); Review Test-Rite Proposal (.30); Review Wal-Mart Shipment Schedule (.30); Review Stock Purchase Agreement (.40) | 1.40 |
| 03-07-14 | Emails w/ T. Whitaker (.40); Email w/ T. Ingram (.20); Review Cash Flow Budget (.50) | 1.10 |
| 03-08-14 | Prepare Interim Billing | .70 |
| 03-10-14 | Review MDA Loan Documents (.80); Review Heritage Equity Partners Weekly Report (.30) | 1.10 |
| 03-11-14 | Tele. Conf. w/ T. Whitaker (2) Re: Insurance and Wind Down Budget | .60 |
| 03-12-14 | Emails W. B. Nathan Re: Purchase of Propolene (.20); Emails w/ T. Whitaker Re: Purchase of Propolene (.40); Tele. Conf. w/ T. Whitaker (.30) | .90 |
| 03-13-14 | Email w/ T. Ingram | .20 |
| 03-14-14 | Review Bizcap Lien Analysis (.40); Calculate Cash, Inventory & Accounts Receivable at Petition Date (.30); Unsecured Creditors Committee Conf. Call (.50); Conf. Call w/ B. Nathan & T. Ingram (.30); Various Emails Re: D&O Insurance (.20) | 1.70 |
| 03-16-14 | Review Construction Lien of Adco (.70); Email w/ T. Ingram (.30); prepare for Site Visit on 3/17/14 (1.20) | 2.20 |
| 03-17-14 | Travel to Columbus – ½ Time (1.70); On Site at Plant (8.70) | 10.40 |
| 03-18-14 | On Site at Plant (7.90); Travel to Jackson ½ Time (1.70) | 9.60 |
| 03-19-14 | Tele. Conf. w/ T. Whitaker Re: Bemis Visit | .40 |

| Date | | Time |
|---|---|---|
| 03-20-14 | Review LBO Transaction | 1.60 |
| 03-21-14 | Review LBO Transaction (1.80); Review February 2014 Monthly Operating Report and Weekly Cash Flow (.70) | 2.50 |
| 03-22-14 | Review LBO Transaction | 1.30 |
| 03-24-14 | Prepare Memo on LBO Transaction (3.20); Review Heritage Weekly Report (.30); Tele. Conf. w/ T. Whitaker Re: Wind Down (.40); Conf. Call w/ B. Nathan & T. Ingram (.60); Review cash Flow Budget (.40); Tele. Conf. w/ T. Whitaker (.30) | 5.20 |
| 03-25-14 | Emails w/ T. Whitaker Re: Insurance (.40); Finalize Memo on LBO Transactions (1.30) | 1.70 |
| 03-26-14 | Conf. Call w/ B. Nathan & T. Ingram (.50); Tele. Conf. w/ T. Whitaker (.30) | .80 |
| 03-27-14 | Research Investment in Subsidiary (.60); Tele. Conf. w/ T. Whitaker (.40) | 1.00 |
| 03-28-14 | Tele. Conf. w/ T. Whitaker (.30); Prepare Memo on Negative Goodwill (.90); Various Emails (.30); Preparation for and Unsecured Creditors Committee Conf. Call (.70) | 2.20 |
| 03-29-14 | Tele. Conf. w/ T. Whitaker, K. Mann & F. Cress | .90 |
| 03-31-14 | Review Heritage Weekly Report (.30); Email w/ T. Whitaker (.20); Email w/ B. Leech, B. Nathan (.20) | .70 |
| | | 52.30 |

Professional Services: 52.30 Hours @ $250         $ 13,075.00

Expenses: Travel to Columbus & Return on 3/17-18/14
          Mileage: 350 Miles x $.565        $197.75
          Hotel:                             140.61
          Meals                               57.41         395.77

                                Total Invoice    $ 13,470.77