COPELAND
COOK
TAYLOR &
BUSH

August 18, 2014
Invoice No. 1013010

**EXHIBIT A**

## INVOICE SUMMARY

I.D. 10040-1-WHL

RE: Sanderson Plumbing Products Chapter 11 bankruptcy matter

For Services Rendered through July 31, 2014

| | |
|---|---|
| Current Fees | $ 33,453.00 |
| Total Current Costs | $ 3,415.61 |
| **TOTAL THIS INVOICE** | **$ 36,868.61** |
| Previous Balance | $ 12,661.75 |
| **TOTAL BALANCE DUE** | **$ 49,530.36** |

Page 1

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL  
August 18, 2014  
Invoice No. 1013010

## PROFESSIONAL SERVICES

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 4/01/14 | Conference call with retained professionals concerning fee application issues (0.3); Confer with Bill Leech regarding same (0.1) | CHM | .40 |
| 4/01/14 | Attention to Order Extending Objection Deadline in connection with Order Granting Motion to Use Cash Collateral, and calendaring of same for April 7, 2014 (0.1). | JNL | .10 |
| 4/03/14 | Prepare for tomorrow's hearing on Second Amended Cash Collateral Motion | CHM | 1.00 |
| 4/04/14 | Phone call with Tania Ingman regarding status of hearing | CHM | .10 |
| 4/07/14 | Multiple correspondence with T. Ingman regarding finalization of and filing of stipulation extending objection deadline in connection with final cash collateral order (0.2). Coordinate finalization of stipulation and submit to Court (0.3). | DER | .50 |
| 4/07/14 | Correspondence with Tania Ingman regarding order submission procedure | CHM | .10 |
| 4/07/14 | Attention to telephone call from Jillian Zadie, and confer with D. Ruhl, and C. Meredith regarding request to upload second stipulation in connection with Order to Use Cash Collateral, and upload of same with US Bankruptcy Court (Northern District of Mississippi) (0.2). | JNL | .20 |
| 4/08/14 | Attention to needed revisions to information for client (0.2). | JNL | .20 |
| 4/09/14 | Conference call with Committee professionals regarding strategies for preserving estate cash and potential avoidance actions (1.1); confer with Christopher Meredith regarding same (0.1). | WHL | 1.20 |
| 4/09/14 | Correspondence to Tania Ingman regarding form for fee application (0.1); Conference call with retained professionals regarding liquidation strategy and possible considerations for seeking avoidance of potential fraudulent transfers (1.1); Confer with Bill Leech regarding same (0.1) | CHM | 1.30 |
| 4/09/14 | Confer with C. Meredith, and W. Leech regarding application for compensation issues (0.2). Attention to Proof of Claim of Refreshments, Inc. (0.1). | JNL | .30 |
| 4/10/14 | Prepare detailed memorandum regarding recovery of fraudulent transfers under Section 548 of the Bankruptcy Code and under the Mississippi Uniform Fraudulent Transfer Act, regarding the effect of Stern v. Marshall on fraudulent-transfer litigation in the Fifth Circuit, and regarding seeking and obtaining derivative standing to prosecute such actions on behalf of the estate of a Chapter 11 debtor in possession, in connection with possible strategy to seek to avoid certain potentially fraudulent transfers (4.7) | CHM | 4.70 |

Page 2

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

August 18, 2014
Invoice No. 1013010

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 4/11/14 | Work on fee application (0.4); confer with Christopher Meredith regarding same (0.1); attention to correspondence to Tania Ingman and Bruce Nathan regarding same (0.1); strategize regarding potential fraudulent transfer issues (1.0). | WHL | 1.60 |
| 4/11/14 | Review and comment on revised fee application (0.1). | DER | .10 |
| 4/11/14 | Correspondence with Tania Ingman regarding status of planned conference call (0.1); Revising First Interim Fee Application (0.8); Confer with Bill Leech regarding same (0.1); Further revise First Interim Fee Application to incorporate suggestions from Bill Leech (0.2); Correspondence to Tania Ingman and Bruce Nathan regarding revised First Interim Fee Application (0.1); Attention to correspondence from Ken Lefoldt regarding amounts paid by the Debtor to the MDA (0.1); Strategize regarding potential fraudulent transfer issues (1.0) | CHM | 2.40 |
| 4/11/14 | Attention to Second Stipulation Extending Deadline to Object to Order on Motion to Use Cash Collateral (0.1). | JNL | .10 |
| 4/14/14 | Attention to proposed Agreed Order received from Tania Ingman, and possible need to submit same (0.1); Phone call with Tania Ingman regarding same (0.1); Finalizing Agreed Order (0.1); Correspondence to Tania Ingman and Cam Hillyer confirming submission of same (0.1) | CHM | .40 |
| 4/14/14 | Attention to email correspondence from C. Meredith, and upload or consent order extending time to object regarding Debtor's motion to use cash collateral (0.1). | JNL | .10 |
| 4/16/14 | Work on and strategize regarding fraudulent transfer issues under Mississippi law and applicable bankruptcy law (2.3). | WHL | 2.30 |
| 4/16/14 | Confer with Christopher Meredith regarding fee application issues (0.1). | WHL | .10 |
| 4/16/14 | Confer with Bill Leech regarding timing issues related to Fee Applications (0.1); Correspondence with Tania Ingman regarding need to prepare Fee Application for Ken Lefoldt (0.1); Attention to need to file First Interim Fee Application, and confer with Jason Luckett regarding same (0.2); Correspondence to Tania Ingman regarding fraudulent transfer issues and transmitting copy of memorandum regarding same (0.1) | CHM | .50 |
| 4/16/14 | Email correspondence with C. Meredith regarding filing of fee application (0.1). | JNL | .10 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

August 18, 2014
Invoice No. 1013010

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 4/17/14 | Prepare First Interim Fee Application for Ken Lefoldt, along with supporting Affidavit (1.0); Correspondence to Ken Lefoldt regarding review of same (0.1); Multiple correspondence with Tania Ingman regarding draft Fee Applications of Lowenstein and Ken Lefoldt, and revisions needed regarding same (0.8); Correspondence with Ken Lefoldt regarding issues with notarizing affidavit (0.1); Revising Fee Application of Ken Lefoldt to use supporting Declaration rather than supporting Affidavit (0.3); Correspondence with Ken Lefoldt regarding same (0.1); Attention to executed Declaration received from Ken Lefoldt, and attention to filing of Fee Application (0.1); Correspondence with Tania Ingman regarding hearing-date issues (0.1); Phone call to Sandra Peoples to request that all Fee Applications be heard together (0.1); Follow-up correspondence to Sandra Peoples regarding same (0.1); | CHM | 2.80 |
| 4/17/14 | Attention to Applications for Compensation filed by Craig Geno, and The Kullman Firm (0.1). Confer with C. Meredith, and filing of Application for Compensation of Ken Lefoldt with US Bankruptcy Court (Northern District of Mississippi) (0.2). | JNL | .30 |
| 4/18/14 | Attention to voicemail from Ken Lefoldt regarding status of filing of Fee Application (0.1); Correspondence to Ken Lefoldt regarding same, confirming same, and transmitting filed copy of same (0.1); Attention to Notices of Hearing on the Lefoldt and Lowenstein Fee Applications (0.1); Correspondence to Tania Ingman confirming that all Fee Applications are set for hearing on the same day, and regarding coordination of service of same (0.1); Confer with Jason Luckett regarding need to do mail-out of Fee Applications for CCTB, Lowenstein, and Lefoldt along with related Notices of Hearing (0.3); Preparing materials for service to all creditors and parties in interest (0.3); Attention to hearing and objection deadlines related to professional Fee Applications (0.2); Memorandum to team regarding same (0.2); Preparing Certificate of Service in connection with professional Fee Applications, including preparation of exhibits to same according to the Clerk's requirements (0.2); Preparing unredacted invoices to send to US Trustee's Office (0.2); Correspondence to Tania Ingman confirming that noticing of Fee Applications is complete (0.1); Receive and review committee memorandum from Tania Ingman (0.3) | CHM | 2.20 |
| 4/18/14 | Confer with C. Meredith, and filing of Certificate of Service regarding fee applications with US Bankruptcy Court (Northern District of Mississippi), and coordinate mailing of same to all parties on the mailing matrix (0.2). | JNL | .20 |
| 4/22/14 | Attention to Consent Order Extending Deadline to May 16, 2014, in connection with Emergency Motion to Use Cash Collateral (0.1). | JNL | .10 |
| 4/23/14 | Confer with Christopher Meredith regarding Dorsey Carson as MDA attorney (0.1). | WHL | .10 |

Page 4

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

August 18, 2014
Invoice No. 1013010

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 4/23/14 | Attention to Proof of Claim filed by Mississippi Development Authority, indicating that Dorsey Carson is representing it in connection with the bankruptcy (0.1); Confer with Bill Leech regarding same (0.1) | CHM | .20 |
| 4/23/14 | Attention to proof of claim filed by Mississippi Development Authority, and confer with C. Meredith regarding same (0.1). | JNL | .10 |
| 4/28/14 | Attention to correspondence from Tom Whitaker regarding early closure due to severe weather | CHM | .10 |
| 4/28/14 | Attention to email correspondence from W. Leech, and calendaring of reset hearings on Weyerhaeuser Application for Administrative Expense Claim, scheduled for May 29, 2014 in Aberdeen, Mississippi (0.2). | JNL | .20 |
| 4/29/14 | Initial review of voluminous documents received from debtor concerning Section 363 sale of assets (1.5). | WHL | 1.50 |
| 4/29/14 | Attention to Emergency Motion to Approve Bid Procedures and Stalking Horse, and numerous exhibits thereto, filed by Debtor (0.1); Detailed review and analysis of same, and initial research of proposed stalking horse and other related matters (1.5); Memorandum to Bill Leech summarizing said research and analysis (0.8); Multiple correspondence with Tania Ingman regarding fraudulent transfer and derivative standing issues (0.2); Confer with Bill Leech regarding same (0.1) | CHM | 2.70 |
| 4/29/14 | Attention to Motion, Pursuant to Bankruptcy Code Sections 105(A), 363, 365, 503 and 507, Bankruptcy Rules 2002, 3007, 6004, 6006, 9007 and 9014 for Entry of: (A) Order Approving Bidding Procedures and Stalking Horse in Connection with Sale of Assets of Debtor, Approving Form and Manner of Notice, Scheduling Auction and Sale Hearings, and Granting Related Relief, as well as all exhibits contained in same, and Motion to Expedite Hearing on same (0.2). | JNL | .20 |
| 4/30/14 | Attention to and review of committee memorandum received from Tania Ingman | CHM | .30 |
| 4/30/14 | Attention to Order Granting Motion to Expedite Hearing regarding Motion, Pursuant to Bankruptcy Code Sections 105(A), 363, 365, 503 and 507, Bankruptcy Rules 2002, 3007, 6004, 6006, 9007 and 9014 for Entry of: (A) Order Approving Bidding Procedures and Stalking Horse in Connection with Sale of Assets of Debtor, Approving Form and Manner of Notice, Scheduling Auction and Sale Hearings, and Granting Related Relief, scheduled for May 6, 2014 (0.1). Attention to email correspondence from W. Leech, and calendaring of Committee conference call for May 2, 2014 (0.1). | JNL | .20 |
| 5/01/14 | Attention to and initial review of Debtor's Motion to Assume, and to Assign, an Unexpired Lease of Non-Residential Real Property | CHM | .40 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL                                                                    August 18, 2014
                                                                              Invoice No. 1013010

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 5/02/14 | Committee conference call (.5); strategize with Christopher Meredith and Tania Ingman regarding upcoming hearing on bid procedures motion (.3); correspondence with Bruce Nathan regarding attorney for Sandra Sanderson (.1). | WHL | .90 |
| 5/02/14 | Strategize with Bill Leech and Tania Ingman regarding next week's hearing on the Debtor's bid procedures motion | CHM | .30 |
| 5/04/14 | Work on potential objections to be raised to 363 sale (1.1); strategize with Christopher Meredith and Danny Ruhl regarding potential objection to motion to establish bid procedures (.3). | WHL | 1.40 |
| 5/04/14 | Strategize with Bill Leech and Danny Ruhl regarding potential objection to Debtor's bid procedures motion | CHM | .30 |
| 5/05/14 | Work on 363 sale objection issues and strategy regarding same (1.3); attention to numerous emails between the parties regarding same (.6); confer with Christopher Meredith regarding strategy for hearing tomorrow on motion to establish bid procedures (.1). | WHL | 2.00 |
| 5/05/14 | Research bidder protections and review related authorities for use in possible objection, and prepare email memorandum to Christopher Meredith regarding same (1.3). | DER | 1.30 |
| 5/05/14 | Attention to correspondence with Tania Ingman regarding tomorrow's hearing, and request to participate telephonically (0.1); Confer with Jason Luckett regarding same, and need to arrange for telephonic participation by Tania Ingman (0.1); Attention to and review of 363 sale objection materials and research from Danny Ruhl (0.4); Memorandum to Tania Ingman regarding same (0.2); Confer with Bill Leech regarding strategy for tomorrow's bid-procedures motion hearing (0.1); ; Memorandum to Tania Ingman regarding bid procedures motion, and information obtained regarding proposed stalking horse bidder (0.7) | CHM | 1.60 |
| 5/05/14 | Attention to BIDB Objection to Motion to Assume Unexpired Lease, and Motion for Expedited Hearing regarding same (0.1). Telephone call with Amanda Howell at US Bankruptcy Court regarding Tania Ingman participation in tomorrow's hearings by telephone, and confer with C. Meredith and Tania Ingman regarding same (0.2). Confer with C. Meredith regarding tomorrow's hearings, and preparation of needed materials in connection with same (0.5). | JNL | .80 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

August 18, 2014
Invoice No. 1013010

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 5/06/14 | Revise objection to bid procedures and APA in consultation with Christopher Meredith (2.3); multiple correspondence and telephone conferences with Tania Ingman regarding same (1.0); review documents and research and prepare for hearing (1.0); attend hearing on bid procedures and APA (2.0); follow-up conferences with counsel opposite (.4); telephone conference Tania Ingman regarding same (.1); strategize regarding next steps (.3); return trip to Jackson (2.5). | WHL | 9.60 |
| 5/06/14 | Prepare for hearing on Debtor's bid-procedures motion (0.4); Attention to and initial review of draft Objection received from Tania Ingman (0.3); Attend hearing in Aberdeen on the Debtor's Motion to Approve Bid Procedures (6.5); Strategize with Bill Leech regarding bid-procedures-motion hearing (0.4); Confer with Bill Leech regarding draft Objection received from Tania Ingman, and line-by-line review of same (1.0); Conference call with Bill Leech and Tania Ingman regarding same, and suggested revisions thereto (0.4); Confer with Jason Luckett regarding need to obtain hearing transcript (0.1); Attention to and review of committee memorandum from Tania Ingman (0.2) | CHM | 9.30 |
| 5/06/14 | Confer with C. Meredith, and further preparation for upcoming hearings on May 6, 2014 (0.2). Attention to multiple order from Bankruptcy Court regarding proposed orders on Motion for Use of Cash Collateral, and Applications to Employ (0.1). Confer with C. Meredith, and W. Leech, and prepare extensive revisions at request of W. Leech regarding objection to be filed prior to hearing (0.9). Attention to Debtor's Third Amended Emergency Motion to Use Cash Collateral (0.1). | JNL | 1.30 |
| 5/07/14 | Correspondence with Christopher Meredith and Tania Ingman regarding court's rulings on bid procedures (.3); numerous correspondence with Tania Ingman regarding same (1.5). | WHL | 1.80 |
| 5/07/14 | Multiple correspondence with Bill Leech and Tania Ingman regarding specific aspects of the bench ruling regarding the Debtor's Motion to Approve Bid Procedures (0.3); Review Debtor's daily report (0.1); Attention to multiple correspondence involving Tania Ingman and Craig Geno concerning proposed revisions to the Bid Procedures Order in light of the hearing and bench ruling (0.4) | CHM | .80 |
| 5/07/14 | Attention to Notice of Appearance and Motion to Confirm Retention of Section 363(K) Rights filed by James Milam for Mississippi Development Authority (0.1). | JNL | .10 |
| 5/08/14 | Strategize regarding U.S. Trustee's objection to application (.2). | WHL | .20 |
| 5/08/14 | Attention to and review of Objection to First Interim Fee Application filed by US Trustee | CHM | .10 |
| 5/08/14 | Attention to Order Granting Application to Employ Heritage Global (0.1). | JNL | .10 |

Page 7

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL                                                                August 18, 2014
                                                                                Invoice No. 1013010

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 5/09/14 | Confer with Christopher Meredith regarding redaction of invoice (.2); correspondence with Christopher Meredith and Tania Ingman regarding court's ruling at hearing (.3). | WHL | .50 |
| 5/09/14 | Phone call to Sammye Tharp regarding Fee Application Objection (0.1); Confer with Bill Leech regarding invoice redaction issues (0.2); Multiple correspondence with Bill Leech and Tania Ingman regarding bench-ruling details from the bid-procedures-motion hearing (0.3) | CHM | .60 |
| 5/12/14 | Confer with Christopher Meredith regarding US Trustee's objection (0.1); Confer with Christopher Meredith regarding hearing transcript issues (0.1); Work on transfer taxes question Raised by Tania Ingman (0.1). | WHL | .30 |
| 5/12/14 | Brief research regarding whether Mississippi real property transfers or subject to transfer tax, whether inside or outside of bankruptcy (0.4). | DER | .40 |
| 5/12/14 | Receive and review email correspondence from C.Meredith regarding research needed on issue of real estate transfer taxes and applicability to potential transfer of plant located in Mississippi; (0.1) multiple correspondence with C.Meredith regarding same, and regarding background and details needed, and strategy for proceeding with research; (0.2) | SBW | .30 |
| 5/12/14 | Confer with Bill Leech regarding hearing transcript issues (0.1); Phone call to Dion Rupa at Veritext regarding same (0.1); Correspondence to Tania Ingman regarding same (0.1); Confer with Sarah Beth Wilson regarding research needed into applicability of possible transfer taxes (0.3) | CHM | .60 |
| 5/13/14 | Correspondence with Tania Ingman regarding transfer tax issue (0.1). | WHL | .10 |
| 5/13/14 | Conduct preliminary research regarding real estate transfer taxes; (0.5) researching handling of transfer taxes under 11 U.S.C. 1146, including exemption issues, and effect of timing of sale; (0.4) review and analysis of United States Supreme Court decision in Florida Department of Revenue v. Piccadilly Cafeterias; (0.3) research and review and analysis of all of Mississippi's taxation statutes, attention to all statutes applicable to real property, and working on confirming no statutes permitting application of transfer tax to sales or other transfers of real property located in Mississippi; (1.3) researching Mississippi state case law and federal cases applying or discussing Mississippi law and the applicability of any transfer tax to real property transfers or deed taxes to transfers of real property located in Mississippi; (1.6) preparation of detailed memorandum to C.Meredith setting forth findings and conclusions regarding applicability of transfer tax to transfer of real property located in Mississippi based upon research conducted and Mississippi law; (0.5) receive and review memorandum from D.Ruhl regarding results of brief inquiry into transfer tax issues; (0.1) email correspondence to D.Ruhl and C.Meredith regarding comparison of research results; (0.1) | SBW | 4.80 |

Page 8

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL                                                                August 18, 2014
                                                                                Invoice No. 1013010

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 5/13/14 | Attention to and review of memorandum from Sarah Beth Wilson concerning transfer taxes in connection with anticipated asset sale (0.3); Correspondence to Tania Ingman regarding same (0.1) | CHM | .40 |
| 5/13/14 | Confer with C. Meredith regarding notice of hearing on Debtor's Third Amended Motion for Authority to Use Cash Collateral, and calendaring of same for May 14, 2014 in Oxford, MS (0.1). | JNL | .10 |
| 5/13/14 | Attention to Application to Employ T.E. Lott as Accountant, and notices of hearing regarding same (0.1). | JNL | .10 |
| 5/14/14 | Telephone conference and correspondence with Tania Ingman regarding fraudulent transfer issues (0.3). | WHL | .30 |
| 5/14/14 | Conference call with Bill Leech and Tania Ingman regarding fraudulent-transfer strategy | CHM | .20 |
| 5/14/14 | Attention to Debtor's Motion to Reduce Service List, and Mississippi Development Authority's Joinder in Objection to Fees Applications (0.1). | JNL | .10 |
| 5/15/14 | Correspondence with Christopher Meredith regarding hearing on bid procedures order (0.1); correspondence with Tania Ingman regarding fraudulent transfer issues (0.1). | WHL | .20 |
| 5/15/14 | Telephonic hearing regarding bid procedures Order (0.3); Memorandum to Bill Leech regarding same (0.1) | CHM | .40 |
| 5/15/14 | Attention to Order to Reduce Service List in connection with Debtor's Application to Employ T.E. Lott (0.1). | JNL | .10 |
| 5/19/14 | Confer with Christopher Meredith regarding debtor's potential BP claim and process for making such claim. | JAN | .50 |
| 5/19/14 | Work on BP settlement issues (0.5). | WHL | .50 |
| 5/19/14 | Confer with Jay Norris regarding BP settlement claim issues (0.5); Memorandum to Bill Leech regarding same (0.4); Prepare memorandum to Bruce Nathan concerning BP claim issues (0.3); Attention to and consideration of follow-up questions from Tania Ingman regarding same (0.2); Follow-up conference with Jay Norris concerning recent developments in BP multi-district litigation (0.2) | CHM | 1.60 |
| 5/19/14 | Attention to needed revisions to information for client (0.2); Attention to Notices of Hearing on Debtor's Application to Employ T.E. Lott & Company (0.1). Attention to Debtor's Motion to Sell Property Free and Clear of Liens, amended Motion, and Notice of Hearing regarding same (0.1). | JNL | .40 |
| 5/20/14 | Confer with Christopher Meredith regarding BP settlement issues (0.3); Correspondence with Tania Ingman regarding Fifth Circuit decision in BP appeal (0.1). | WHL | .40 |

Page 9

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

August 18, 2014
Invoice No. 1013010

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 5/20/14 | Confer with Bill Leech regarding additional BP settlement issues | CHM | .30 |
| 5/20/14 | Email correspondence with W. Leech, and calendaring of upcoming hearing and related deadlines on Amended Motion to Sell Property Free & Clear of Liens (0.2). | JNL | .20 |
| 5/21/14 | Correspondence with Tania Ingman regarding possible fraudulent conveyance suit (0.1). | WHL | .10 |
| 5/21/14 | Confer with Tania Ingman regarding consent order and need to submit same | CHM | .20 |
| 5/21/14 | Attention to email correspondence from C. Meredith, and upload of consent order extending time to object regarding Debtor's motion to use cash collateral (0.1). | JNL | .10 |
| 5/22/14 | Correspondence with Tania Ingman regarding status of case (0.1). | WHL | .10 |
| 5/22/14 | Attention to and review of committee memo from Tania Ingman | CHM | .20 |
| 5/27/14 | Review MDA's discovery requests (0.3); confer with Christopher Meredith regarding same (0.1); confer with Christopher Meredith regarding Brad Golman voicemail concerning claim objection (0.1); attention to correspondence to Tania Ingman regarding same (0.1); confer with Christopher Meredith and Tania Ingman regarding draft objection to motion to clarify credit bidding (0.3). | WHL | .90 |
| 5/27/14 | Attention to and review of MDA's discovery requests (0.3); Confer with Bill Leech regarding same (0.1); Attention to voicemail from Brad Golmon regarding claim objection (0.1); Confer with Bill Leech regarding same (0.1); Correspondence to Tania Ingman regarding same (0.1); Phone call with Brad Golmon regarding claim objection (0.1); Phone call with Elie Worenklein regarding claims objection hearing (0.1); Attention to correspondence from Tania Ingman regarding draft objection to the MDA's Motion to Clarify Credit Bidding (0.1); Confer with Bill Leech and Tania Ingman regarding same (0.3) | CHM | 1.30 |
| 5/28/14 | Attention to upcoming hearings tomorrow (1.3). | WHL | 1.30 |
| 5/28/14 | Phone call with Tania Ingman regarding draft objection (0.1); Correspondence with Tania Ingman regarding participation in tomorrow's hearings (0.1); Correspondence with Tania Ingman regarding Brad Golmon's questions about the claims objection (0.1); Multiple correspondence with Tania Ingman, Craig Geno, and Bill Leech regarding preparation for tomorrow's hearings (0.4); Conference call with Lowenstein attorneys and Craig Geno regarding strategy for upcoming hearings (0.5); Follow-up call with Tania Ingman regarding same (0.1) | CHM | 1.30 |

Page 10

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

August 18, 2014
Invoice No. 1013010

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 5/29/14 | Prepare for hearings on multiple issues set for today (1.5); travel to Aberdeen for hearings (3.0); attend hearings on multiple Motions (1.0); strategize with Tania Ingman and Christopher Meredith regarding fraudulent transfer issues (0.3); return to Jackson from Aberdeen hearings (3.0). | WHL | 8.80 |
| 5/29/14 | Prepare for, confer with Bill Leech regarding, and attend hearings in Aberdeen, MS on multiple motions and related objections (6.0); Strategize with Tania Ingman and Bill Leech regarding fraudulent transfer issues (0.3) | CHM | 6.30 |
| 5/29/14 | Email correspondence with W. Leech regarding information needed for this morning's hearings (0.2). | JNL | .20 |
| 5/30/14 | Call with Tania Ingman, Bruce Nathan, Craig Geno and Christopher Meredith regarding MDA lien issues (0.8). | WHL | .80 |
| 5/30/14 | Correspondence to Bruce Nathan and Tania Ingman regarding the recent lifting of the stay barring payment of BP settlement claims (0.1); Correspondence to Ken Lewis regarding possible attempts to serve him with process (0.1); Multiple correspondence with Kim Lafiura regarding additional attorney to be admitted pro hac vice (0.2); Conference call with Estate professionals regarding credit bidding issues and strategy in preparation for next week's hearings (1.0) | CHM | 1.40 |
| 5/30/14 | Attention to multiple pleadings filed by Debtor, Mississippi Development Authority, and Unsecured Creditors Committee, in connection with requests for discovery (0.1). Email correspondence with W. Leech, and calendaring of upcoming hearings on June 4, and conference call on June 9 (0.2). | JNL | .30 |
| 6/02/14 | Conference call with committee professionals concerning MDA's Motion to Clarify Bid Procedures Order (1.0); Confer with Tania Ingman, Jack Sherwood and Christopher Meredith re same (0.2); Attention to multiple correspondence with committee counsel re auction strategy and credit bid issues (0.2) | WHL | 1.40 |
| 6/02/14 | Conference call with Committee professionals concerning strategy for upcoming hearings on MDA's Motion to Clarify Bid Procedures Order (1.0); Attention to and review of the MDA's Motion to Withdraw its Motion to Clarify (0.3); Confer with Bill Leech, Tania Ingman, and Jack Sherwood regarding same (0.2); Follow-up teleconference with Committee and Debtor's counsel to discuss hearing strategy in light of MDA's Motion to Withdraw (0.3); Confer with Jack Sherwood and Tania Ingman regarding same, and hearing logistics (0.2); Phone call with Committee co-counsel to James Milam to discuss credit bid issues (0.2); Begin preparing joinder in the MDA's Motion to Withdraw (0.4); Attention to and review of Debtor's Objection to the MDA's Motion to Withdraw (0.2); Confer with Tania Ingman regarding same (0.1); Multiple correspondence with Committee counsel regarding strategy for auction in light of credit bid issues (0.2) | CHM | 3.10 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL                                                             August 18, 2014
                                                                          Invoice No. 1013010

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 6/02/14 | Confer with C. Meredith, and court administrator Amanda Howell regarding hearings on June 4 in Oxford, Mississippi, and attention to motion to withdraw hearing scheduled for June 4 (0.2). | JNL | .20 |
| 6/03/14 | Confer regarding research in connection with sale of real property free and clear of environmental liability in fifth circuit (0.1). | DER | .10 |
| 6/03/14 | Conference call with Committee and Debtor regarding auction and hearing strategies (0.7); Phone call with Court personnel regarding filing of Stipulation of Dismissal of Debtor's Objection to the MDA's Motion to Withdraw its Motion to Clarify Bidding Procedures, and request for confirmation of cancellation of tomorrow's hearing in light of same (0.2); Phone call from Amanda Howell confirming that tomorrow's hearing is off the calendar (0.1); Memorandum to Tania Ingman regarding same (0.1); Attention to Order Granting MDA's Motion for Withdrawal Without Prejudice of Motion to Confirm Retention of Section 363(k) Rights, and Request for Cancellation of Hearing of June 4th, 2014 in Oxford, Mississippi (0.1); Attention to and review of Interim Order Granting First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for The Law Offices of Craig M. Geno, PLLC (0.1); Prepare draft Order regarding Fee Application (0.6); Memorandum to Bill Leech regarding same (0.1) | CHM | 2.00 |
| 6/04/14 | Email correspondence with C. Meredith, and uploading of proposed Order on CCTB fee application (0.1). | JNL | .10 |
| 6/05/14 | Confer with Kim LaFiura regarding need to get Jack Sherwood admitted pro hac vice (0.1); Confer with Bill Leech regarding same (0.1) | CHM | .20 |
| 6/05/14 | Attention to Orders granting Applications for Compensation of Copeland Cook Taylor & Bush, and Lowenstein Sandler, and confer with C. Meredith regarding same (0.1). | JNL | .10 |
| 6/06/14 | Prepare and finalize Motion for Admission of Jack Sherwood Pro Hac Vice, along with proposed Order regarding same (0.4); Correspondence to Kim LaFiura and Tania Ingman regarding filed Pro Hac Vice materials (0.1); Review Committee's Limited Objection to Debtor's Application to Employ Accountants (0.2) | CHM | .70 |
| 6/06/14 | Attention to Unsecured Creditors Committee's objection to Application to Employ Accountant T.E. Lott (0.1). | JNL | .10 |
| 6/09/14 | Conference call withe Committee counsel regarding upcoming auction and hearing (0.4); Follow-up conference with Bill Leech and Tania Ingman regarding auction logistics (0.2); Confer with Bill Leech regarding plan to contact MDA counsel (0.1); Multiple correspondence with Committee counsel, auction company, Debtor's counsel, and others regarding issues related to upcoming auction and hearings (0.5) | CHM | 1.20 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

August 18, 2014
Invoice No. 1013010

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 6/10/14 | Confer with Jason Luckett regarding materials needed for tomorrow's auction and hearing (0.3); Prepare for auction and hearings (1.0) | CHM | 1.30 |
| 6/10/14 | Confer with C. Meredith regarding upcoming hearings, and preparation of necessary materials in connection with same (0.3). | JNL | .30 |
| 6/11/14 | Attend auction of assets and hearing on Motion to Sell Assets in Aberdeen, and engage in pre-auction strategy sessions and post hearing conference with Jack Sherwood, Ken Lefoldt and Christopher Meredith. | WHL | 10.80 |
| 6/11/14 | Attend auction of Debtor's estate and subsequent hearing on the Motion to Sell Assets under Section 363 in Aberdeen, MS, including pre-auction strategizing and post-hearing conferences with Bill Leech, Jack Sherwood, and Ken Lefoldt (10.8) | CHM | 10.80 |
| 6/11/14 | Confer with C. Meredith regarding needed information in connection with auction on June 11, 2014 (0.2). | JNL | .20 |
| 6/16/14 | Attention to needed revisions to information for client (0.1). | JNL | .10 |
| 6/19/14 | Attention to correspondence from Tania Ingman regarding possible plan to appeal property valuation for tax purposes (0.1); Research statutes and Department of Revenue regulations regarding same (0.6); Phone call to Lowndes County Tax Assessor's Office (0.1); Phone call to Lowndes County Chancery Clerk (0.1); Phone call to Lowndes County Board of Supervisors (0.1); Memorandum to Tania Ingman regarding procedure for requesting reappraisal of real property for tax valuation purposes (0.2) | CHM | 1.20 |
| 6/26/14 | Attention to notice of hearing held (0.1); Confer with Bill Leech regarding same (0.1) | CHM | .20 |
| 6/30/14 | Attention to and review of Debtor's Motion to Extend Exclusivity Period | CHM | .20 |
| 7/02/14 | Correspondence with Tania Ingman regarding court approval of rates (.10) | WHL | .10 |
| 7/10/14 | Strategize with Christopher Meredith regarding MDA issues (.30) | WHL | .30 |
| 7/10/14 | Strategize with Bill Leech regarding APA issues with MDA | CHM | .30 |
| 7/11/14 | Correspondence with D. Carson re Sale Agreement (0.20); Correspondence with J. Sherwood re the same (0.20) | WHL | .40 |
| 7/14/14 | Correspondence with D. Carson re Sale Agreement (0.20) | WHL | .20 |
| 7/18/14 | Correspondence with T. Ingman re Sale Agreement (0.10) | WHL | .10 |
| 7/21/14 | Review draft Deed by MDA (0.20) | WHL | .20 |
| 7/21/14 | Correspondence with J. Geary re MDA deed language (0.10) | WHL | .10 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

August 18, 2014
Invoice No. 1013010

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 7/21/14 | Attention to and review of draft deed prepared by MDA (0.2); Memorandum to Bill Leech regarding same (0.1) | CHM | .30 |
| 7/22/14 | Conference with J. Geary re language in MDA deed (0.20); Correspondence with T. Ingman re same (0.20) | WHL | .40 |
| 7/22/14 | Review proposed language in deed and discuss with Bill Leech. | JHG | .50 |

**PROFESSIONAL FEE SUMMARY**

|  | Atty | Rate | Hours | Amount |
|---|---|---|---|---|
| Leech, William H. | WHL | 340.00 | 51.00 | 17,340.00 |
| Norris, James A. III | JAN | 300.00 | .50 | 150.00 |
| Geary, John H | JHG | 250.00 | .50 | 125.00 |
| Ruhl, Danny E. | DER | 250.00 | 2.40 | 600.00 |
| Wilson, Sarah B | SBW | 195.00 | 5.10 | 994.50 |
| Meredith, Christopher H. | CHM | 195.00 | 68.30 | 13,318.50 |
| Luckett, Jason N. | JNL | 125.00 | 7.40 | 925.00 |

**TOTAL CURRENT FEES** $ 33,453.00

**COSTS**

| Date | Description | Amount |
|---|---|---|
| 2/19/14 | PACER | .10 |
| 2/19/14 | PACER | .30 |
| 2/25/14 | PACER | 1.80 |
| 3/03/14 | Pacer | .60 |
| 3/03/14 | Pacer | .30 |
| 3/03/14 | Pacer | .20 |
| 4/18/14 | Certified Postage Expense | 402.08 |
| 4/18/14 | Photocopy Expense, 1160 copies @ .20 | 232.00 |
| 4/18/14 | mailout, Photocopy Expense, 7132 copies @ .20 | 1,426.40 |
| 4/18/14 | massmail, Photocopy Expense, 243 copies @ .20 | 48.60 |
| 4/18/14 | Photocopy Expense, 173 copies @ .20 | 34.60 |
| 4/18/14 | Photocopy Expense, 20 copies @ .20 | 4.00 |
| 5/05/14 | Lexis Nexis; MEREDITH, CHRISTOPHER | 2.64 |
| 5/06/14 | 05/06/14 Aberdeen, MS; mileage expense, Travel Expense, William H. Leech | 201.60 |
| 5/06/14 | 05/06/14 West Point, MS; meal expense, Travel Expenses, William H. Leech | 29.85 |
| 5/16/14 | U.S. Bankruptcy Court, Transcript, Miscellaneous, First Bankcard | 30.00 |
| 5/29/14 | Original transcript of bankruptcy hearings, Trial transcripts, Veritext | 433.50 |
| 5/29/14 | 05/29/14 Meal expense, Travel Expense, Christopher Meredith | 93.00 |
| 5/29/14 | 05/29/14 Aberdeen, MS; mileage expense, Travel Expense, William H. Leech | 211.68 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL

August 18, 2014
Invoice No. 1013010

| Date | Description | Amount |
|---|---|---|
| 6/11/14 | 06/11/14 Aberdeen, MS; mileage expense, Travel Expense, William H. Leech | 201.60 |
| 6/11/14 | 06/11/14 Aberdeen, MS; meal expense, Travel Expense, William H. Leech | 10.56 |
| 6/11/14 | 06/11/14 Aberdeen, MS; meal expense, Travel Expense, Christopher Meredith | 50.20 |

**TOTAL CURRENT COSTS**           $ 3,415.61

**TOTAL THIS INVOICE**            $ 36,868.61