COPELAND
COOK
TAYLOR &
BUSH

**EXHIBIT A**

July 23, 2015
Invoice No. 1041196

## INVOICE SUMMARY

**I.D. 10040-1-WHL**

**RE: Sanderson Plumbing Products Chapter 11 bankruptcy matter**

For Services Rendered through July 15, 2015

|  |  |
|---|---|
| Current Fees | $ 8,504.00 |
| Total Current Costs | $ 208.26 |
| **TOTAL THIS INVOICE** | **$ 8,712.26** |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D.  10040-1-WHL                                                                                               July 23, 2015
                                                                                                           Invoice No.  1041196

**PROFESSIONAL SERVICES**

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 8/07/14 | Work on Fee Application (0.30); Correspondence with Bruce Nathan and others regarding the same (0.20) | WHL | .50 |
| 8/07/14 | Correspondence with Bruce Nathan regarding upcoming fee applications (0.1); Confer with Bill Leech regarding same (0.1) | CHM | .20 |
| 8/13/14 | Attention to Ken Lefoldt's waterfall analysis | WHL | .20 |
| 8/13/14 | Attention to correspondence from Ken Lefoldt regarding preparation of waterfall analysis (0.1); Review matter records in connection with same (0.2); Correspondence to Ken Lefoldt regarding amounts to be included in analysis (0.1) | CHM | .40 |
| 8/17/14 | Attention to correspondence with Bruce Nathan regarding Ken Lefoldt's fee application | WHL | .10 |
| 8/17/14 | Correspondence with Bruce Nathan regarding preparation of fee application for Committee accountant | CHM | .10 |
| 8/18/14 | Work on fee applications of CCTB and Ken Lefoldt | WHL | .50 |
| 8/18/14 | Prepare Second Interim Application for Compensation of CCTB (0.8); Prepare Second Interim Application for Compensation of Ken Lefoldt (0.3); Phone call with Ken Lefoldt regarding same (0.1); Finalize Second Interim Applications for Compensation and exhibits to same, and attention to filing and service of same (0.5) | CHM | 1.70 |
| 8/19/14 | Phone call with Beth Lawler at Lowenstein Sandler regarding fee application issues (0.1); Attention to need to revise Fee App (0.1) | CHM | .20 |
| 8/21/14 | Attention to communication with Jack Sherwood (0.1); Correspondence with Craig Geno regarding fee application noticing (0.1) | CHM | .20 |
| 8/25/14 | Conference call with Jack Sherwood and Bruce Nathan regarding asset recovery strategies (0.20); Confer with Jack Sherwood and Christopher Meredith regarding asset strategy (.20). | WHL | .40 |
| 8/25/14 | Confer with Jack Sherwood and Bill Leech regarding asset strategy | CHM | .20 |
| 8/29/14 | Attention to and review of Debtor's Motion to Limit Notices (0.1); Review Debtor's Weekly Report (0.1) | CHM | .20 |
| 9/08/14 | Prepare proposed Order concerning Second Interim Fee Application (0.3); Phone call to Bankruptcy Court to confirm no hearing on fee applications as no objections were filed (0.1) | CHM | .40 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D.  10040-1-WHL                                                               July 23, 2015
                                                                      Invoice No.  1041196

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 9/09/14 | Attention to Order to Submit Proposed Order issued by clerk's office (0.1); Correspondence to Sandra Peoples following up on same (0.1); Correspondence to Bruce Nathan, Jack Sherwood, and Kim LaFiura regarding plan for preparation of proposed Order for Ken Lefoldt's Fee Application (0.1) | CHM | .30 |
| 9/10/14 | Conference call with committee to discuss Plan and Disclosure Statement. | WHL | .80 |
| 9/10/14 | Conference call with Committee and retained professionals regarding liquidating plan and strategies going forward | CHM | .80 |
| 9/11/14 | Phone call with Kim LaFiura regarding submission of orders | CHM | .10 |
| 9/29/14 | Receive and review communication from Jack Sherwood | CHM | .10 |
| 12/10/14 | Work on Fee Application | WHL | .40 |
| 1/03/15 | Correspondence with Bruce Nathan regarding new counsel making appearance | WHL | .10 |
| 3/05/15 | Review Travelers Proof of Claim (0.4); Correspondence to Jack Sherwood and Bruce Nathan regarding same (0.1) | CHM | .50 |
| 5/01/15 | Analyze Objection to Confirmation of Chapter 11 Plan filed by Sandra B. Sanderson Chesnut (0.9); Analyze Limited Response to Chapter 11 Plan filed by Mississippi Development Authority (0.4); Analyze Objection to Confirmation of Chapter 11 Plan filed by US Trustee (0.7); Review cash report received from Tom Whitaker (0.1) | CHM | 2.10 |
| 5/04/15 | Attention to plan objections. | WHL | .30 |
| 5/04/15 | Prepare memorandum to Bruce Nathan and Jack Sherwood regarding confirmation objections | CHM | .40 |
| 5/05/15 | Confer with Christopher Meredith regarding plan confirmation issues (.20); Conference call with Craig Geno and committee counsel regarding confirmation issues (1.10). | WHL | 1.30 |
| 5/05/15 | Phone call with Barry Bazian regarding plan confirmation issues and strategy (0.2); Confer with Bill Leech regarding same (0.2); Conference call with Craig Geno, Committee counsel, and Ken Lefoldt regarding confirmation issues (1.1) | CHM | 1.50 |
| 5/06/15 | Confer with Christopher Meredith regarding plan confirmation issues. | WHL | .30 |
| 5/06/15 | Confer with Bill Leech regarding confirmation hearing (0.3); Phone call with Barry Bazian regarding confirmation issues and Notice of Designation of Trust Committee (0.3); Review and revise Notice of Designation of Trust Committee, and prepare same for filing (0.3) | CHM | .90 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D.  10040-1-WHL                                                                                    July 23, 2015
                                                                                          Invoice No.  1041196

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 5/08/15 | Phone call with Barry Bazian regarding hearing logistics (0.2); Phone call with Amanda Howell at the bankruptcy court regarding possible participation by phone for Bruce Nathan (0.1) | CHM | .30 |
| 5/11/15 | Work on suggested revisions to Committee's reply to Plan Confirmation Objections. | WHL | .50 |
| 5/11/15 | Phone call to Candace Ramage regarding possible participation by phone for Bruce Nathan in connection with upcoming confirmation hearing (0.1); Phone call to chambers concerning same (0.1); Strategize with Bill Leech regarding Thursday's hearing (0.3); Review draft Response to Confirmation Objections (0.7); Memorandum to Barry Bazian, Bruce Nathan, and Craig Geno regarding suggested revisions to same (0.5); Phone call with Barry Bazian regarding draft Reply to confirmation objections (0.1); Multiple correspondence with Barry Bazian regarding Reply (0.3) | CHM | 2.10 |
| 5/12/15 | Strategize regarding US Trustee's Confirmation Objections. | WHL | .40 |
| 5/12/15 | Correspondence with Barry Bazian regarding participation by phone (0.1); Phone call with Amanda Howell regarding participation by phone (0.1); Attention to Clerk's Request for Corrective Action (0.1); Phone call with Bruce Nathan regarding Thursday's confirmation hearing (0.2); Attention to correspondence concerning discharge and releases issues in connection with the Plan (0.3); Phone call with Barry Bazian regarding Plan amendments (0.2); Strategize regarding confirmation hearing issues (0.6); Follow-up phone call with Barry Bazian regarding hearing strategy (0.2) | CHM | 1.80 |
| 5/13/15 | Confer with Melissa Palmer regarding hearing notebooks needed for tomorrow (0.1); Attention to voicemail from Amanda Howell regarding participation by phone (0.1); Correspondence to Barry Bazian regarding same (0.1); Follow-up phone call to Amanda Howell concerning phone participation (0.1); Correspondence with Barry Bazian to set up strategy call (0.1); Phone call with Barry Bazian and Bruce Nathan regarding tomorrow's hearing (0.1); Phone call to U.S. Marshals Service regarding electronic-device policy (0.1); Phone call to Roger Williams regarding same (0.1); Multiple correspondence with Barry Bazian and Bruce Nathan concerning strategy issues for tomorrow's hearing (0.4); Attention to correspondence from Barry Bazian regarding hearing materials and authorities (0.1); Confer with Melissa Palmer regarding hearing notebook needed for tomorrow (0.1); Correspondence with Barry Bazian regarding need to correct typo in Plan regarding class identification (0.1) | CHM | 1.50 |
| 5/13/15 | Prepare pleadings and other materials for confirmation hearing. | MBP | .50 |
| 5/14/15 | Prepare for confirmation hearing, including review of proposed Plan amendments and authorities (1.0); Attend Plan confirmation hearing in Aberdeen, Mississippi (7.5) | CHM | 8.50 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D. 10040-1-WHL                                                            July 23, 2015
                                                                    Invoice No. 1041196

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 5/15/15 | Conference call with Bruce Nathan and Bill Leech regarding confirmation issues | CHM | .30 |
| 5/18/15 | Attention to schedule of 503(b)(9) claims. | WHL | .40 |
| 5/19/15 | Attention to receipt of correspondence from court regarding clerk's docket entry correction (.1). | MBP | .10 |
| 5/21/15 | Review Debtor's hearing exhibits in connection with the confirmation hearing | CHM | .50 |
| 5/21/15 | Attention to hearing exhibits. | MBP | .10 |
| 5/22/15 | Review confirmation order inserts | CHM | .30 |
| 6/01/15 | Attention to receipt and review of Motion for More Definite Statement by Debtor (.1); Attention to receipt of Debtor's Motion to Expedite Hearing (.1). | MBP | .20 |
| 6/01/15 | Attention to receipt and review of Lowndes County Tax Collector's proof of claim (.1); Attention to court correspondence and receipt of Amended Motion to Require Payment of Administrative Claim (.1); Attention to further correspondence from court with Motion for More Definite Statement and Motion to Expedite Hearing (.1). | MBP | .30 |
| 6/01/15 | Attention to receipt of amended motion to require payment of administrative claim (.1). | MBP | .10 |
| 6/02/15 | Phone call from Barry Bazian regarding confirmation order issues | CHM | .20 |
| 6/03/15 | Strategize regarding needed revisions in the confirmation order as they relate to dissolution of the debtor. | WHL | .40 |
| 6/03/15 | Phone call with Barry Bazian regarding confirmation order provisions (0.2); Strategize with Bill Leech regarding confirmation order provisions (0.2); Work on alternative language for draft confirmation order (1.0); Correspondence to Barry Bazian regarding same (0.1); Phone call to Ken Lefoldt's office (0.1) | CHM | 1.60 |
| 6/04/15 | Review and revise draft confirmation order (1.7); Multiple correspondence with Barry Bazian regarding same (0.2) | CHM | 1.90 |
| 6/04/15 | Attention to receipt of Objection to Claim of Lowndes County Tax Collector by debtor and review of same (.1). | MBP | .10 |
| 6/15/15 | Attention to receipt from court and review of hearing notice on motion to pay (.1); Analysis and preparation of same for appearance and response deadlines (.1). | MBP | .20 |
| 6/16/15 | Attention to receipt and review of motion to vacate prior order on application (.1); Attention to receipt from court and review of notice to take deposition (.1); Analysis and preparation of same for appearance (.1). | MBP | .30 |

COPELAND, COOK, TAYLOR & BUSH, PA

I.D.  10040-1-WHL                                                                                     July 23, 2015
                                                                                                      Invoice No.  1041196

| Date | Description of Services | Atty | Hours |
|---|---|---|---|
| 6/16/15 | Confer with C. Meredith regarding numerous approaching deadlines in the arbitration scheduling order (.1); Attention to analysis and preparation of same (.4). | MBP | .50 |
| 6/19/15 | Attention to multiple court notices in connection with orders on applications to employ and notice of deposition of Ernst & Young (.2); Confer with C. Meredith regarding same and event deadlines (.1). | MBP | .30 |
| 6/23/15 | Phone call with Barry Bazian regarding confirmation order provisions | CHM | .10 |
| 7/01/15 | Confer with Bill Leech regarding final fee applications | CHM | .10 |
| 7/02/15 | Review order confirming Chapter 11 plan and strategize regarding next steps (.40); correspondence with Bruce Nathan (.10). | WHL | .50 |

**PROFESSIONAL FEE SUMMARY**

|  | Atty | Rate | Hours | Amount |
|---|---|---|---|---|
| Palmer, Melissa B. | MBP | 125.00 | 2.70 | 337.50 |
| Leech, William H. | WHL | 340.00 | 7.10 | 2,414.00 |
| Meredith, Christopher H. | CHM | 195.00 | 29.50 | 5,752.50 |

**TOTAL CURRENT FEES**                                                                                $ 8,504.00

**COSTS**

| Date | Description | Amount |
|---|---|---|
| 5/14/15 | 05/15/15 Aberdeen, MS; mileage expense for hearing, Travel Expense, Christopher Meredith | 201.25 |
| 5/14/15 | 05/15/15 Aberdeen, MS; meal expense after hearing, Travel Expense, Christopher Meredith | 7.01 |

**TOTAL CURRENT COSTS**                                                                               $ 208.26

**TOTAL THIS INVOICE**                                                                                $ 8,712.26