



July 31, 2015

**Unsecured Creditors Committee**
**Chapter 11 Proceeding of Sanderson**
**Plumbing Products, Inc.**
**Case No. 13-14506-JDW**

Services of H. Kenneth Lefoldt, Jr., CPA, CIRA, CFE
As Financial Advisor to the Unsecured Creditors Committee

**Date**                                                                                                    **Time**

| | | |
|---|---|---|
| 08-01-14 | Emails w/ J. Sherwood Re: A/R Adjustment | .30 |
| 08-04-14 | Prepare Interim Billing | 1.40 |
| 08-07-14 | Prepare Interim Billing (.90); Conf. Call w/ B. Nathan, J. Sherwood & M. Wickland (.70) | 1.60 |
| 08-08-14 | Review Daily Cash Report | .20 |
| 08-11-14 | Review Proof of Claims | 1.40 |
| 08-12-14 | Emails w/ T. Whitaker Re: Closing Payroll & Payroll Tax Returns (.40); Various Emails Re: Sale Closing, Paying Off Bizcap, etc. (.60) | 1.00 |
| 08-13-14 | Email w/ C. Geno (.20); Tele. Conf. w/ J. Sherwood (.40) | .60 |
| 08-18-14 | Prepare Estimated Waterfall (1.60); Various Emails (.50) | 2.10 |
| 08-19-14 | Preparation for and Conf. Call w/ B. Nathan, J. Sherwood & C. Geno (1.20); Tele. Conf. w/ T. Whitaker (.40); Email w/ T. Whitaker (.20) | 1.80 |
| 08-20-14 | Email w/ C. Geno Re: Waterfall | .40 |
| 08-21-14 | Review Report to Committee and Emails Re: Same | .50 |
| 08-22-14 | Review Weekly Cash Report | .30 |
| 08-25-14 | Email w/ B. Nathan | .20 |
| 08-27-14 | Email Re: Conf. Call and Sanderson Litigation | .40 |
| 09-03-14 | Review Draft of Disclosure Statement (1.50); Conf. Call w/ J. Sherwood, B. Nathan & C. Geno (1.10) | 2.60 |
| 09-04-14 | Emails Re: Committee Conf. Call | .40 |
| 09-05-14 | Review Proof of Claim Docket | 1.40 |
| 09-07-14 | Email w/ B. Nathan Re: Bizcap Payoff | .20 |

690 Towne Center Boulevard ■ Post Office Box 2848 ■ Ridgeland, MS  39158-2848 ■ (601) 956-2374

| Time | | Date |
|---|---|---|
| 09-08-14 | Tele. Conf. w/ T. Whitaker Re: Wind Down (.40); Tele. Conf. w/ B. Nathan (.30) | .70 |
| 09-09-14 | Waterfall Analysis (.80); Email Re: Committee Call (.30) | 1.10 |
| 09-10-14 | Travel to Columbus & Return – ½ Time (3.20); At Debtor Location (6.50); Committee Conf. Call (1.00) | 10.70 |
| 09-11-14 | Email Re: Draft of Disclosure Statement | .40 |
| 09-12-14 | Email Re: Disclosure Statement (.30); Review Proof of Claim (.20) | .50 |
| 09-17-14 | Email w/. T. Whitaker Re: Monthly Operating Report | .20 |
| 09-22-14 | Review Cash Report (.30); Review Augnst 2014 MOR (.40); Tele. Conf. w/ T. Whitaker (.30); Review Draft of Disclosure Statement (.40) | 1.40 |
| 09-25-14 | Emails Re: Disclosure Statement | .30 |
| 09-26-14 | Review Draft of Disclosure Statement (.60); Conf. Call w/ C. Geno, J. Sherwood & B. Nathan (1.10) | 1.70 |
| 09-29-14 | Review Final Draft of Disclosure Statement (.40); Review Email to Committee (.30); Email Re: Dept. of Revenue Letter (.20) | .90 |
| 10-02-14 | Tele. Conf. w / T. Whitaker Re: Various Issues | .70 |
| 10-03-14 | Emails Re: Employee Benefit Audit (.40); Emails Re: Disclosure Statement (.30); Review Cash Report (.20) | .90 |
| 10-06-14 | Tele. Conf. w/ T. Whitaker (.40); Prepare Waterfall Analysis (.70) | 1.10 |
| 10-07-14 | Emails Re: Plan of Liquidation | .40 |
| 10-13-14 | Emails w/ B. Nathan Re: Waterfall (.20); Review Disclosure Statement & Plan of Liquidation (.60) | .80 |
| 10-20-14 | Tele. Conf. w/ T. Whitaker Re: Close-Down | .50 |
| 10-22-14 | Email w/ J. Sherwood Re: Waterfall | .20 |
| 10-23-14 | Email w/ T. Whitaker Re: Use Tax Issue | .40 |
| 10-27-14 | Review Cash Report (.20); Email w/ T. Whitaker (.20) | .40 |
| 11-03-14 | Review October 2014 MOR (.40); Review Cash Report (.30); Email w/ T. Whitaker (.20) | .90 |
| 11-07-14 | Review Cash Report | .30 |
| 11-11-14 | Tele. Conf. w / T. Whitaker | .40 |
| 11-15-14 | Review Cash Report | .20 |
| 11-21-14 | Review Report to Committee | .30 |
| 11-24-14 | Review Cash Report | .30 |
| 11-26-14 | Review Order Setting Bar Date for Admin Claims | .20 |
| 12-02-14 | Review November 2014 MOR (.40); Review Cash Report (.10); Emails w/ T. Whitaker (.20) | .70 |
| 12-05-14 | Review Draft of Chesnut Complaint | 1.40 |
| 12-08-14 | Review Cash Report (.30); Emails Re: Conf. Call (.20); Conf. Call w/ B. Nathan & J. Sherwood (.80) | 1.30 |
| 12-12-14 | Email w/ J. Sherwood (.20); Review Cash Report (.30) | .50 |
| 12-22-14 | Update Waterfall (.70); Email Re Same (.20) | .90 |
| 01-05-15 | Review December 2014 MOR | .50 |
| 01-06-15 | Email w/ C. Geno | .20 |

| **Date** | | **Time** |
|---|---|---|
| 01-08-15 | Email w/ B. Nathan (.20); Email w/ J Sherwood (.20) | .40 |
| 01-09-15 | Preparation for and Conf. Call w/ J. Sherwood & T. Whitaker | .80 |
| 01-12-15 | Review S. Chesnut Complaint; Prepare Memo Re: Same (.170); Review Cash Report (.20) | 1.90 |
| 01-14-15 | Emails Re: Disclosure Statement | .40 |
| 01-16-15 | Review Cash Report | .20 |
| 01-19-15 | Email w. B. Nathan Re: Butler Claim (.20); Review Chesnut Complaint, Email Re: Same (.60) | .80 |
| 01-20-15 | Review Butler Admin Claim | .20 |
| 01-21-15 | Emails w/ C. Geno & B. Nathan Re: Disclosure Statement | .50 |
| 01-22-15 | Emails w/ J. Sherwood Re: Disclosure Statement | .20 |
| 02-02-15 | Review Claims Docket for 503(b)(9) Claims (1.20); Update Waterfall (.30) | 1.50 |
| 02-09-15 | Email w/ B. Nathan Re: 503(b)(9) Claims | .30 |
| 02-16-15 | Review Cash Report (.20); Email w/ B. Nathan (.10) | .30 |
| 02-18-15 | Tele. Conf. w/ T. Whitaker Re: Status | .40 |
| 02-27-15 | Review Cash Report (.20); Email w/ T. Whitaker (.10) | .30 |
| 03-05-15 | Review Travelers Proof of Claim | .30 |
| 03-06-15 | Review Cash Report | .20 |
| 03-10-15 | Tele. Conf. w/ B. Nathan Re: Status and Waterfall | .50 |
| 03-11-15 | Update Waterfall (.50); Email w. B. Nathan (.30) | .80 |
| 03-13-15 | Tele. Conf. w/ B. Nathan (.30); Review Cash Report (.20); Email w/ B. Nathan (.20); Email w/ C. Geno (.20) | .90 |
| 03-16-15 | Update Waterfall (.40); Conf. Call w/ B. Nathan, J. Sherwood & C. Geno (.50) | .90 |
| 03-20-15 | Review Weekly Cash Report (.20); Email w/ T. Whitaker (.10) | .30 |
| 03-23-15 | Email w/ C. Geno (.30); Tele. Conf. w/ T. Whitaker (.40) | .70 |
| 04-01-15 | Review March 2015 Monthly Operating Report and Cash Report | .40 |
| 04-03-15 | Review Email to Committee | .30 |
| 04-08-15 | Emails w/ B. Nathan | .30 |
| 04-10-15 | Emails w/ B. Nathan (.20); Tele. Conf. w/ B. Nathan(.30) | .50 |
| 04-13-15 | Emails w/ B. Nathan (.20); Conf. Call w/ B. Nathan, J. Sherwood & C. Geno (.80) | 1.00 |
| 04-15-15 | Email w/ T. Whitaker (.20); Review Cash Report (.20) | .40 |
| 04-20-15 | Email w/ C. Geno | .20 |
| 04-24-15 | Review Ballot Summary (.20); Review Cash Report (.20) | .40 |
| 04-30-15 | Email w/ B Nathan (.10); Tele. Conf. w/ B. Nathan(.30) | .40 |
| 05-04-15 | Email w/ B. Nathan | .20 |
| 05-05-15 | Conf. Call w. B. Nathan, C. Geno, J. Sherwood, B. Leech & C. Meredith | 1.00 |
| 05-06-15 | Email w/ B. Nathan | .20 |
| 05-08-15 | Email w/ B. Nathan (.30); Review Chesnut's Objection to Confirmation (.20); Tele. Conf. w/ B. Nathan (.30); Tele. Conf. w/ T. Whitaker (.40) | 1.20 |

| **Date** | | **Time** |
|---|---|---|
| 05-11-15 | Review UCC Reply to Objection to Confirmation (.30); Emails Re: Same (.20) | .50 |
| 05-12-15 | Emails w/ C. Geno (.20); Update Waterfall (.60) | .80 |
| 05-13-15 | Prepare for Confirmation Hearing on 5/14/15 (2.20); Emails w/ B. Nathan (.20) | 2.40 |
| 05-14-15 | Travel to Aberdeen & Return – ½ Time (3.00); Prepare for and Attend Confirmation Hearing (3.20) | 6.20 |
| 05-18-15 | Tele. Conf. w/ T. Whitaker (.30); Tele. Conf. w/ B. Nathan (2)(.60); Prepare Schedule of 503(b)(9) Claims (1.20); Research Priority Claims (.70) | 2.80 |
| 05-26-15 | Emails Re: Plan Update | .40 |
| 06-01-15 | Emails w/ C. Geno | .40 |
| 06-02-15 | Emails w/ T. Whitaker | .20 |
| 06-03-15 | Conf. Call w/ C. Geno & B. Nathan | .50 |
| 06-04-15 | Emails w/ T. Whitaker (.20); Email w/ C. Geno (.20) | .40 |
| 06-08-15 | Review Test-Rite and Weyerheuser Proof of Claims (.40); Review Confirmation Order (.30) | .70 |
| 06-22-15 | Emails w/ T. Whitaker (.20); Email w/ C. Geno (.20) | .40 |
| 06-23-15 | Tele. Conf. w/ T. Whitaker (.40); Email w/ B. Nathan (.20) | .60 |
| 06-26-15 | Review Proofs of Claim | .80 |
| 07-01-15 | Review Letter to Committee Re: Confirmation (.40); Email w/ B. Nathan (.20) | .60 |
| 07-02-15 | Conf. Call w/ C. Geno, B. Nathan & B. Bazian | .70 |
| 07-06-15 | Emails Re: Objection to Claims and Cash Balance | .30 |
| 07-07-15 | Tele. Conf. w/ T. Whitaker (.40); Claim Analysis (2.80); Emails w/ T. Whitaker (.30) | 3.50 |
| 07-09-15 | Prepare Objection to Claims Analysis (2.80); Prepare Interim Billing (1.30) | 4.10 |
| 07-14-15 | Review Confirmation Order | .30 |
| | | 94.90 |

**Professional Services:  94.90 Hours @ $250**                           $ 23,725.00

**Expenses:**  Travel to Columbus & Return on 9/10/14
           Mileage:  350 Miles x $.565                                         197.75
       Travel to Aberdeen & Return on 5/14/15
           Mileage:  320 Miles x $.565                                         180.80

                                                                         $ 24,103.55